Walpole School Department
Ext 226
135 School Street
Walpole, MA 02081

Falmouth District Court
Falmouth, MA 02540

A.M. Leonard
241 Fox Drive
Piqua, OH 45356

Adam Epstein
84 Royalston Rd.
Wellesley, MA 02481

Airton Dos Santos
32 Congress St. Apt #. 2
Milford, MA 01757

American Express
P.O. Box 981540
El Paso, TX 79998

American Express
c/o MRS Associates
1930 Olney Ave.
Cherry Hill, NJ 08003

American Express
PO Box 2855
New York, NY 10116-2855

AnDre' Summers
Summers Law Office
P.O. Box 306
Franklin, MA 02038

Applied Bank
P.O. Box 10210
Wilmington, DE 19850

Applied Bank
P.O. Box 17120
Wilmington, DE 19886

AT&T Mobility
c/o I.C. system
444 Highway 96 East
P.O. Box 64378
St. Paul, MN 55164-0378

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

AT&T Mobility
c/o I.C. System, Inc.
P.O. Box 64378
Saint Paul, MN 55164-0378

AT&T Mobility
c/o Southwest Credit
4120 International Pkwy. Ste.
Carrollton, TX 75007-1958

Axel Gudiel
73 Hampton Dry Apt.#c
Norwood, MA 02062

B. Saba Dmd, P.C.
c/o American Profit Recovery
34405 W. 12 Mile rd. Ste.379
Farmington Hills, MI 48331-5608

B. Saba, DMD, P.C.
c/o American Profit Recovery
3405 W. 12 Mile Road, Ste 379
Farmington Hills, MI 48331-560

Batco of Norwood
915 Pleasent St.
Norwood, MA 02062

Baystate Gas
P.O. Box 742514
Cincinnati, OH 45274

Blake Street Realty
c/o Michael Magerer & Assoc.
109 Highland Ave.
Needham, MA 02194

Blake Street Realty Trust
c/o Michael Magerer, Esq.
Michael Magerer and Associates
109 Highland Ave.
Needham, MA 02494

Bobcat of Boston, Inc.
20 Concord Street
N. Reading, MA 01864

Boston Herald
Circulation Dept.
P.O. Box 981068
Boston, MA 02298

Brian Preti
46 Mayfair Dr.
Westwood, MA 02090

Bridgewater Farm Supply
c/o Gerald S. Shulman
15 Court Square
Suite 1000
Boston, MA 02108

Brockton District Court
215 Main Street
Brockton, MA 02303
Attn: Small Claims Clerk

Bruno Hirsh
19 Cynthia Road
Canton, A 02021

Capital One
c/o Solomon & Solomon
5 Columbia Circle
Albany, NY 12203

Capital One Bank
PO Box 70884
Charlotte, NC 28272-0884

Capital One Bank
c/o Solomon and Solomon P.C.
Columbia Circle
P.O. Box 15019
Albany, NY 12212-5019

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

Capital One bk USA
PO Box 71083
Charlotte, NC  28272-1083

Carol Advertising Co., Inc.
1022 Morrissey Blvd.
Boston, MA 02122

Case Materials
1320 S. Washington Street
N. Attleboro, MA 02768

Central Insurance Co.
P.O. Box 828
Van Wert, OH 45891

Children's Hospital Pediatric A
P.O. Box 4161
Woburn, MA 01888-4161

Christopher Gallasso
45 Merchants Drive
Walpole, MA 02081

Clean Harbors Environmental Sr
P.O. Box 3442
Boston, MA 02241

Columbia Gas of MA
P.O. Box 742514
Cincinnati, OH 45274-2514

Comcast
P.O. Box 196
Newark, NJ 07101-0196

Commerce
11 Gore Rd.
Webster, MA 01570

Commerce Insurance
11 Gore Rd.
Webster, MA 01570

Commonwealth of Massachusetts
Division of Employment and Trai
Attn: Chief Counsel
Hurley Building - Government Ce
Boston, MA  02114

Commonwealth of Massachusetts
Department of Revenue
P.O. Box 7010
Boston, MA 02204

Consumer Assistance Office
209 West Central St. suite 304
Natick, MA 01760

Cooks Towing & Transport
24 East Belcher Rd.
Foxboro, MA 02035

Daniel Sullivan
220 East St.
Wrentham, MA 02093

David H. Rich, Esquire
28 State Street
Boston, MA 02109

Dedham Med Associates
P.O. Box 3678
Boston, MA 02241

Dedham Medical Assoc. Inc.
P.O. Box 510
Dedham, MA 02027

Dedham Medical Assoc.Inc.
Dental Departments
P.O. Box 510
Dedham, MA 02027-0510

Dedham Medical Associates, Inc.
P.O. Box 417177
Boston, MA 02241-7177

Department of Revenue
PO Box 9564
Boston, MA 02114

Division of Unemployment Assist
Benefit Integrity Dept. - Overp
19 Stanford Street
Boston, MA 02114-2502

Dowling Corporation
711 Dedham St.
Wrentham, MA 02093

Edic Cruz
658 Moody Street
Waltham, MA 02452

Enterprise Rent a Car
Rodham Collision Repair Center
75 Washington Street
Foxboro, MA 02035

Enterprise Rent-A-Car
P.O. Box 405738
Atlanta, GA 30384-5738

Ever Florian
18 Norumbega Terrace
Waltham, MA 02453

Fastsigns
11 B Second Ave.
Needham, MA 02494

Ford Credit
P.O. Box 31111
Tampa, FL 33631-3111

Ford Motor Credit
c/o Kenneth C. Wilson
Lustig, Wilson & Glaser, P.C.
P.O. Box 9127
Needham, MA 02492

Ford Motor Credit Co.
Dept. 194101
P.O. Box 55000
Detroit, MI 48255

Ford Motor Credit Co.
Dept. 194501
P.O. Box 55000
Detroit, MI 48255

GE Capital
P.O. Box 644479
Pittsburgh, PA 15264

GE/JCPenney
P.O. Box 965007
Orlando, FL 32896

Giant Glass Co., Inc.
P.O. Box 808
Lawrence, MA 01840

Giant Glass/CB
c/o Carter Business Service, I
150A Andover Street
Suite 12A
Danvers, MA 01923

Good Samaritan Medical Center
PO Box 417080
Boston, MA 02241

Greg & Megan Levesque
c/o Patricia McArdle, Esq.
8 County Rd, Suite 2
Mattapoinsette, MA 02739

Greg & Megan Levesque
c/o Patricia A. McArdle, Esq.
8 County Rd. Ste 2
Mattapoisett, MA 02739

Greg & Megan Levesque
2674 Courtlyn Rd.
Dighton, MA 02715

Greg Norris
8 Fairbanks Rd.
Wrentham, MA 02093

Hometown Weekly
29 James Ave.
Medfield, MA

Igor Silva
32 Congress St. Apt. 1
Milford, MA 01757

Ingersol-Rand
P.O. Box 6229
Carol Stream, IL 60197

Innovative Merchant Solutions
c/o Consolidated Recovery Grou
425 West Fifth Ave. Suite 103
Escondido, CA 92025

Internal Revenue Service
ACS Support
P.O. Box 8208
Philadelphia, PA 19101

Internal Revenue Service
Special Procedures Func. STOP 2
P.O. Box 9112
JFK Building
Boston, MA  02203

Jemco Disposal Service, Inc.
79 School Street
Plainville, MA 02762

Jonas & Sandra Geiger
127 North Main St.
Sherborn, MA 01770

Karen Kryder
155 Forst Grove Ave.
Wrentham, MA 02093

Keith & Kristina Jacobsen
4 Ginley Rd.
Walpole, MA 02081

Kelley Services
Kelsey Cahill
33 Thomas Leighton Blvd.
Cumberland, RI 02864

Law Office of Atty Craig Singe
40 Willard Street
Quincy, MA 02169

Law Offices of Joel Cardis, LI
2006 Swede Rd., Suite 100
E. Norriton, PA 19401

Linda Hughes
c/o David C. Nunheimer Esq.
540 Main Street, Suite 8
Hyannis, MA 02601

Lowes Home Centers Inc.
c/o Certegy Payment Recovery Se
Claims Accounting
P.O. Box 30272
Tampa, FL 33630-3272

lustig glaser
P.O. Box 9127
Needham, MA 02093

Mace Conway Clint
46 Mashie Rd.
Cumberland, RI 02864

Malibu Pool Service
692 Dedham St.
Wrentham, MA 02093

Marc D. Schulze, Esq.
1401 Providence Highway
Norwood, MA 02062

Mass Department of Revenue
c/o EOS CCA
P.O. Box 800
Norwell, MA 02061-0800

Mass Department of Workforce
Division of Unemployment Assist
19 Staniford Street
Boston, MA 02114-2502

Mass Dept of Revenue
P.O. Box 7065
Boston, MA 02204

Massachusetts Dept. of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114

Matz Landscaping
c/o David J. Fonte, Osbourne & I
20 Eastbrook Rd, Suite 304
Dedham, MA 02026

Matz Landscaping & Irrigation
1454 Main St.
Walpole, MA 02081

Michael White
43 Rambien Brook Rd.
Seekonk, MA 02771

Milford District Court
161 West Street
Milford, MA 01757

Milton CAT
c/o Michael R. Makyen, Esq.
P.O. Box 202
Hopkinton, MA 01748

Milton Cat
Southworth-Milton
P.O. Box 3581
Boston, MA 02241

Mini Warehousing, Inc.
241 Francis Ave.
Mansfield, MA 02048

Minuteman Ford
2181 Providence Hwy.
Walpole, MA 02081

Minuteman Press
123  Washington St. Unit #8
Foxboro, MA 02035

Mr. & Mrs.Smith
1 Twilight Drive
Foxboro, MA 02035

Mr. & Mrs. Smith
c/o Masspirg Consumer Action C
Whipple Center
182 Green Street
North Weymouth, MA 02192

Nelson Ortega
86 Hampton Dry Apt. #b
Norwood, MA 02062

Neopost USA
P.O. Box 45800
San Francisco, CA 94145-0800

Newton-Wellesley Hospital
P.O. Box 415669
Boston, MA 02241

Norfolk Superior Court
Clerk for Civil Business
66 High Street
Dedham, MA 02026

Norwood Hospital
c/o AMR of Mass Inc.
P.O. Box 100330
Atlanta, GA 30384-0330

NStar
P.O. Box 660369
Dallas, TX 75266-0369

NStar
P.O. Box 4508
Woburn, MA 01888

Nurseries Inc. d/b/a Walpole &
Rt. 1A
Walpole, MA 02081

Ocean State Oil, Inc.
123 Ocean State Dr.
North Kingstown, RI 02852

Open Vine Solutions
c/o Law Office of David Grossac
1320 Centre Street, Suite 103
Newton, MA 02459

Paul Kauranen
P.O. Box 1034
Wrentham, MA 02093

Paul Sherman, Litigation Mgr.
Innovative Merchant Solutions
21215 Burbank Blvd. Suite 100
Woodland Hills, CA 91367

Paulina Ordonez
28 West School St.
Woonsocket, RI 02895

R&D Truck Repair
100 Wales ave.
Avon, MA 02322

Read Landscape
c/o William P. Lenahan. Esq
189 Nehoiden Street
Needham, MA 02492

Richmond North Assoc. Inc.
P.O. Box 963
4232 Ridge Lea Rd.
Amherst, NY 14226

Rockland Federal Credit Union
241 Union Street
Rockland, MA 02370

Salah Reyad & Assoc.
101 Access Rd.
Norwood, MA 02062

Salah Reyad and Associates
101 Access Road
Norwood, MA 02062

Samantha Smith
1 Twilight Dr.
Foxboro, MA 02035

Santander Consumer USA
P.O. Box 660633
Dallas, TX 75266

Sara Kahn
c/o Law Office of Shaun Spencer
One Post Office Square
Second Floor
Sharon, MA 02067

Sarah Khan
c/o Shaun B. Spencer
Attorney at Law
56 Glendale Rd.
Sharon, MA 02067

Seven Hayes, Inc.
435 West St.
Walpole, MA 02081

Southworth-Milton, Inc.d/b/a Mi
c/o Law Offices of Michael Maky
85 Main Street
P.O. Box 202
Hopkinton, MA 01748

Sprint
c/o MES/18264045
Allied Interstate LLC
P.O. Box 361474
Columbus, OH 43236-1474

Sprint
P.O. Box 105243
Atlanta, GA 30348-5243

Sprint
P.O. Box 105243
Atlanta, GA 30348

Standard Funding
335 Crossways Park Dr.
Woodbury, NY 11797

Staples
360 Patriot Place
Foxboro, MA 02035

Stephen Fossler
439 Dartmoor Drive
Crystal Lake, IL 60014

Sullivan Tire
c/o David S. Goldberg, Esq.
1671 Worcester Rd. #403
Framingham, MA 01701

Sullivan Tire Companies
P.O. Box 370
Rockland, MA 02370

TD Bank, N.A.
P.O. Box 9547
Portland, ME 04112

The Commonwealth of Mass.
Office of the Attorney General
Fair Labor Division
One Ashburton Place, Rm. 1813
Boston, MA 02108

Town of Walpole
Office of Collector of Taxes
135 School St.
Walpole, MA 02081

Town of Walpole
135 School Street
Walpole, MA 02081

Transworld systems Inc.
507 Prudential Rd.
Horsham, PA 19044

TRS Recovery Services
PO Box 60022
City of Industry, CA 91716

U.S. Alliance
600 Midland Ave.
Rye, NY 10580

U.S. Alliance
c/o Barsh and Cohen
70 Wells Ave.
Newton, MA 02459

U.S. Alliance Federal Credit U
159 Overland Rd.
P.O. Box 549204
Waltham, MA 02454

U.S. Alliance Federal Credit Un
Mortgage Service Dept.
18 Commerce Way, Suite 7100
Woburn, MA 01801

U.S. Department of Labor
Wage and Hour Divison
JFK Federal Building, Room 525
Government Center
Boston, MA 02203

United Site Services Northeast
P.O. Box 9131
Foxboro, MA 02035

US Alliance
c/o Barsh and Cohen, PC
70 Wells Ave #103
Newton, MA 02459

USAlliance Federal Credit Union
600 Midland Ave.
Rye, NY 10580-3902

USPS
115 Main St.
Medway, MA 02053

Innovative Merchant Solutions
21215 Burbank Blvd. Ste.100
Woodland Hills, CA 91367

Verizon
P.O. Box 1100
Albany,  NY 12250-0001

Verizon
PO Box 1100
Albany, NY 12256-0001

Verizon
c/o RMS
1000 Circle 75 Pkwy Suite 400
Atlanta, GA 30339

Verizon
c/o NCO Financial Systems
P.O. Box 15391
Wilmington, DE 19850

Verizon
c/o Solomon and Solomon
Columbia Circle
P.O. Box 15019
Albany, NY 12212-5019

Verizon 6647
P.O. Box 1
Worcester, MA 01654

Verizon Wireless
c/o Receivables Performance Mgm
P.O. Box 1548
Lynnwood, WA 98046

Vermont Mutual Insurance Co.
P.O. Box 113
Brattleboro, VT 05302

Walpole Nurseries, Inc.
d/b/a Walpole Floral & Garden C
1415 Main St. Rt. 1A
Walpole, MA 02081

Verizon
P.O. Box 1100
Albany, NY 12250-0001

Walpole School Dept.
Ext. 226
135 School St.
Walpole, MA 02081

Walpole School Dept.
c/o Transworld Systems
10 New England Bus. Ctr. Dr.
Andover, MA 01810

Wells Fargo Financial
P.O. Box 68791
Las Vegas, VN 89193

Westwood Lodge Hospital
45 Clapboardtree Street
Westwood, MA 02090

Wilfredo Lopez
812 Moody St.
Waltham, MA 02452

William P. Lenahan, Esq.
189 Nehoiden St.
Needham, MA 02492

Work Out World
c/o ABC Financial
P.O. Box 6800
Sherwood, AR 72124

Work Out World
Rt. 1
Norwood, MA 02062

Wrentham District Court
60 East Street
Wrentham, MA 02093

Yerard Trailers
11 West Mill St.
Medfield, MA 02059

Zurich
8712 Innovation Way
Chicago, IL 60682

Zurich North America
8712 Innovation Way
Chicago, IL 60682-0087

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re: **Paul G Kauranen**

Debtor

Case No. _____

Chapter **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **6** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: **1/6/2012** _____

Signed: **/s/ Paul G Kauranen** _____
**Paul G Kauranen**

Signed: **./s/AnDre' D. Summers** _____
**AnDre' D. Summers**
Attorney for Debtor(s)
Bar no.: **551618**
**Summers Law Office**
**P.O. Box 306**
**Franklin, MA 02038**
Telephone No.: **508-528-8444**
Fax No.: **508-528-1263**
E-mail address: **Summerslaw@Hotmail.Com**

| United States Bankruptcy Court<br>District of Massachusetts | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kauranen, Paul, G** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **9748** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**11 Summer Street**<br>**Attleboro, MA**     ZIP CODE **02703** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Norfolk** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 1034**<br>**Wrentham, MA**     ZIP CODE **02093** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):     ZIP CODE |  |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | Nature of Debts<br>(Check one box)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☐ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*). _____<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Paul G Kauranen** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **Jannelle A. Kauranen** | Case Number: **12-10007** | Date Filed: **January 2, 2012** |
| District: **Massachusetts** | Relationship: **Wife (separated)** | Judge: **Joan N. Feeney** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X   **./s/AnDre' D. Summers**     **1/6/2012** |
| | Signature of Attorney for Debtor(s)    Date |
| | **AnDre' D. Summers**     **551618** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐   Yes, and Exhibit C is attached and made a part of this petition. |
| ☑   No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following). |
|      _____ (Name of landlord that obtained judgment) |
|      _____ (Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | **Paul G Kauranen** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

X **/s/ Paul G Kauranen**

Signature of Debtor    **Paul G Kauranen**

X **Not Applicable**

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**1/6/2012**
Date

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

---

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X **/s/AnDre' D. Summers**

Signature of Attorney for Debtor(s)

**AnDre' D. Summers  Bar No.  551618**

Printed Name of Attorney for Debtor(s) / Bar No.

**Summers Law Office**

Firm Name

**P.O. Box 306 Franklin, MA 02038**

Address

**508-528-8444          508-528-1263**

Telephone Number

**1/6/2012**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

| PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR | | |
|---|---|---|

| Name of Debtor | Case Number | Date |
|---|---|---|
| **Gerard Associates, Inc.** | **11-19442** | **October 3, 2011** |
| District | Relationship | Judge |
| **Massachusetts** | **Corporation** | **Frank J. Bailey** |

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## District of Massachusetts

In re   **Paul G Kauranen**                                          Case No. _____
                    Debtor                                                                         *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D) (12/09) – Cont.**

❏   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❏   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❏   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❏   Active military duty in a military combat zone.

❏   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Paul G Kauranen**
                       **Paul G Kauranen**

Date:   **1/6/2012**

**B6A (Official Form 6A) (12/07)**

In re:   **Paul G Kauranen** _____   Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Residence**<br><br>**76 Beethoven Ave.**<br>**Walpole, MA 02081**<br>**value based on P&S agreement** | **Fee Owner** | **J** | **$ 630,000.00** | **$ 444,527.83** |
| | | Total ➢ | **$ 630,000.00** | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **Paul G Kauranen**                                                      ,          Case No. _____
                                        **Debtor**                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | | **2,000.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Note. Debtor has not been able to get a bank account since December 2010 due to disputed claims with banks (Black balled to get a checking account)** | | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods** | | **5,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | | **500.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **d/b/a Stonegate Landscape Wrentham, MA**<br><br>**Defunct, April 2011** | | 0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Paul G Kauranen** _____,    Case No. _____
                                      **Debtor**                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Gerard Associates, Inc.**<br>**45 Industrial Rd.**<br>**Wrentham, MA**<br>**Landscape**<br><br>**Filed Bankruptcy September 2011 Ch 7 with Trustee**<br>**Kathleen Dwyer, company filed ch 7, due to the debtors on going medical issues which brought about the financial ruin of the business.** | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Saab 2001** | | 2,025.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Paul G Kauranen**                                                    ,          Case No. _____
           **Debtor**                                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

___2___  continuation sheets attached                      Total  ›      $  9,525.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (4/10)**

**In re**  **Paul G Kauranen** _____ ,    **Case No.** _____

Debtor                                                (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                          $146,450.*

☐ 11 U.S.C. § 522(b)(2)

☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Cash** | **MGLA c.235 § 34(15)** | **2,000.00** | **2,000.00** |
| **Clothing** | **MGLA c.235 § 34(1)** | **500.00** | **500.00** |
| **Household Goods** | **MGLA c.235 § 34(2)** | **5,000.00** | **5,000.00** |
| **Residence**<br><br>**76 Beethoven Ave.**<br>**Walpole, MA 02081**<br>**value based on P&S agreement** | **MGLA c.188 § 1** | **185,472.17** | **630,000.00** |
| **Saab 2001** | **MGLA c.235 § 34(16)** | **2,025.00** | **2,025.00** |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re  **Paul G Kauranen** _____.     Case No. _____

**Debtor** (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | Judgment Lien Judgement Lien Services Execution **JUDICIAL LIEN TO BE AVOIDED**<br><br>**Value $663,100.00** | X | X | | 79,557.31 | 79,557.31 |
| **Blake Street Realty Trust c/o Michael Magerer, Esq. Michael Magerer and Associates 109 Highland Ave. Needham, MA 02494** | | | VALUE $663,100.00 | | | | | |
| ACCOUNT NO. | | H | **Judicial Lien to be Avoided** | X | X | | 0.00 | 0.00 |
| **Linda Hughes c/o David C. Nunheimer Esq. 540 Main Street, Suite 8 Hyannis, MA 02601** | | | VALUE $0.00 | | | | | |
| ACCOUNT NO. | | J | Mortgage 76 Beethoven Ave. Walpole, MA<br><br>**Equity Loan 2nd** | X | X | | 31,372.37 | 0.00 |
| **Rockland Federal Credit Union 241 Union Street Rockland, MA 02370** | | | VALUE $663,100.00 | | | | | |

2   continuation sheets attached

Subtotal ➤
(Total of this page)

| $ | 110,929.68 | $ | 79,557.31 |
|---|---|---|---|

Total ➤
(Use only on last page)

| $ | | $ | |
|---|---|---|---|

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Paul G Kauranen**                                    .        Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br> Sarah Khan <br> c/o Shaun B. Spencer <br> Attorney at Law <br> 56 Glendale Rd. <br> Sharon, MA 02067 | | J | **Judgment Lien** <br> **Judgement Lien Services** <br><br> **AVOID JUDICIAL LIEN** <br><br> **VALUE $663,100.00** | X | X | | 73,022.00 | 73,022.00 |
| ACCOUNT NO.  <br> U.S. Alliance <br> c/o Barsh and Cohen <br> 70 Wells Ave. <br> Newton, MA 02459 | | J | **Mortgage** <br> **INFO ONLY** <br><br> **VALUE $0.00** | X | X | | 0.00 | 0.00 |
| ACCOUNT NO.  6858 <br> U.S. Alliance <br> 600 Midland Ave. <br> Rye, NY 10580 | | J | **Mortgage** <br> **76 Beethoven Ave.** <br> **Walpole, MA** <br><br> **1st mortgage** <br> **INFO ONLY** <br><br> **VALUE $0.00** | X | X | | 0.00 | 0.00 |
| ACCOUNT NO.  <br> U.S. Alliance Federal Credit Union <br> Mortgage Service Dept. <br> 18 Commerce Way, Suite 7100 <br> Woburn, MA 01801 | | J | **Mortgage** <br> **Mortgage** <br> **76 Beethoven Ave.** <br> **Walpole, MA** <br><br> **formerly Chase Mortgage** <br> **Value $663,100.00** <br><br> **VALUE $663,100.00** | X | X | | 413,155.46 | 413,155.46 |

Sheet no. _1_ of _2_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ➤
(Total of this page)

$ 486,177.46 | $ 486,177.46

Total ➤
(Use only on last page)

$ | $

(Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re  **Paul G Kauranen**                                    .          Case No. _____

                                        **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | Mortgage | X | X | | 0.00 | 0.00 |
| **U.S. Alliance Federal Credit Union** **159 Overland Rd.** **P.O. Box 549204** **Waltham, MA 02454** | | | **76 Beethoven Ave.** **Walpole, MA** **Info Only** _____ **VALUE $0.00** | | | | | |

Sheet no. _2_ of _2_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ➤
(Total of this page)

| $ | 0.00 | $ | 0.00 |
|---|---|---|---|

Total ➤
(Use only on last page)

| $ | 597,107.14 | $ | 565,734.77 |
|---|---|---|---|

(Report also on Summary of    (If applicable, report
Schedules)                              also on Statistical
                                            Summary of Certain
                                            Liabilities and
                                            Related Data.)

B6E (Official Form 6E) (4/10)

In re  __Paul G Kauranen_____      Case No. _____
                        Debtor                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**__2__  continuation sheets attached**

B6E (Official Form 6E) (4/10) – Cont.

In re __Paul G Kauranen_____,  Case No. _____
                                                              (If known)
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Commonwealth of Massachusetts Department of Revenue P.O. Box 7010 Boston, MA 02204 | | H | Withholding Income | X | X | | 1,292.80 | 1,292.80 | $0.00 |
| ACCOUNT NO.<br>Internal Revenue Service ACS Support P.O. Box 8208 Philadelphia, PA 19101 | | H | Overdue Taxes | X | X | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>Mass Department of Revenue c/o EOS CCA P.O. Box 800 Norwell, MA 02061-0800 | | H | Collection | X | X | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>Mass Department of Workforce Division of Unemployment Assistance 19 Staniford Street Boston, MA 02114-2502 | | H | Unemployment Benefits Overpaid | X | X | | 45,023.00 | 45,023.00 | $0.00 |
| ACCOUNT NO.<br>Mass Dept of Revenue P.O. Box 7065 Boston, MA 02204 | | H | Tax Liability | X | X | | 1,292.80 | 0.00 | $0.00 |
| ACCOUNT NO.   8411<br>Town of Walpole 135 School Street Walpole, MA 02081 | | H | Sewer/Water/Septic | X | X | | 6,274.76 | 6,274.76 | $0.00 |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals➤ (Totals of this page) | $ 53,883.36 | $ 52,590.56 | $ 0.00 |
| Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

**B6E (Official Form 6E) (4/10) – Cont.**

In re  **Paul G Kauranen** _____     Case No. _____
                          Debtor                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Town of Walpole**<br>**Office of Collector of Taxes**<br>**135 School St.**<br>**Walpole, MA 02081** | J | | **2nd Qtr.Real Estate Taxes** | X | X | | **4,629.93** | **4,629.93** | **$0.00** |
| ACCOUNT NO.<br>**Town of Walpole**<br>**135 School Street**<br>**Walpole, MA 02081** | H | | **Motor Vehicle and Trailer Excise Bill 2008 Ford** | X | X | | **903.75** | **903.75** | **$0.00** |
| ACCOUNT NO.<br>**U.S. Department of Labor**<br>**Wage and Hour Divison**<br>**JFK Federal Building, Room 525**<br>**Government Center**<br>**Boston, MA 02203** | H | | **File No. 1595070 Minimum Wage, Overtime and Recording Violations. Request for Net Checks** | X | X | | **33,767.47** | **33,767.47** | **$0.00** |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▷ (Totals of this page)   $ **39,301.15**  $ **39,301.15**  $ **0.00**

Total ▷ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **93,184.51**

Total ▷ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )   $ **91,891.71**  $ **0.00**

B6F (Official Form 6F) (12/07)

In re  **Paul G Kauranen** _____    Case No. _____
                             Debtor                                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **7453**<br><br>**A.M. Leonard**<br>**241 Fox Drive**<br>**Piqua, OH 45356** | | H | **CONSUMER** | X | X | | 242.97 |
| ACCOUNT NO.<br><br>**Adam Epstein**<br>**84 Royalston Rd.**<br>**Wellesley, MA 02481** | | H | **CONSUMER** | X | X | | 50,000.00 |
| ACCOUNT NO.<br><br>**Airton Dos Santos**<br>**32 Congress St. Apt #. 2**<br>**Milford, MA 01757** | | H | **Employee** | X | X | | 1,275.75 |
| ACCOUNT NO.  **93001**<br><br>**American Express**<br>**c/o MRS Associates**<br>**1930 Olney Ave.**<br>**Cherry Hill, NJ 08003** | | H | **COLLECTION** | X | X | | 0.00 |
| ACCOUNT NO.  **2003**<br><br>**American Express**<br>**PO Box 2855**<br>**New York, NY 10116-2855** | | H | **CONSUMER** | X | | | 5,401.00 |

   <u>30</u>   Continuation sheets attached

                                        Subtotal  ➤  $       **56,919.72**

                                            Total  ➤  $

                               (Use only on last page of the completed Schedule F.)
          (Report also on Summary of Schedules and, if applicable on the Statistical
                 Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul G Kauranen**                                      Case No. _____
                    _____
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **93001** <br> **American Express** <br> **P.O. Box 981540** <br> **El Paso, TX 79998** | | H | **CONSUMER** | X | X | | 6,251.91 |
| ACCOUNT NO.   **3183** <br> **Applied Bank** <br> **P.O. Box 17120** <br> **Wilmington, DE 19886** | | H | **CONSUMER** | X | X | | 909.88 |
| ACCOUNT NO. <br> **Applied Bank** <br> **P.O. Box 10210** <br> **Wilmington, DE 19850** | | J | **CONSUMER** | X | X | | 1,250.00 |
| ACCOUNT NO.   **2704** <br> **AT&T Mobility** <br> **P.O. Box 6463** <br> **Carol Stream, IL 60197-6463** | | H | **CONSUMER** | X | X | | 5,000.02 |
| ACCOUNT NO. <br> **AT&T Mobility** <br> **c/o I.C. system** <br> **444 Highway 96 East** <br> **P.O. Box 64378** <br> **St. Paul, MN 55164-0378** | | H | **collection** | X | X | | 0.00 |

Sheet no. _1_ of _30_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                13,411.81

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul G Kauranen**                                          Case No. _____
                                    _____
                                    **Debtor**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **2704**<br><br>**AT&T Mobility**<br>**c/o Southwest Credit**<br>**4120 International Pkwy. Ste. 1100**<br>**Carrollton, TX 75007-1958** | | H | COLLECTION | X | X | | 0.00 |
| ACCOUNT NO.<br><br>**AT&T Mobility**<br>**c/o I.C. System, Inc.**<br>**P.O. Box 64378**<br>**Saint Paul, MN 55164-0378** | | H | COLLECTION | X | X | | 373.25 |
| ACCOUNT NO.<br><br>**Axel Gudiel**<br>**73 Hampton Dry Apt.#c**<br>**Norwood, MA 02062** | | H | Employee | X | X | | 7,268.92 |
| ACCOUNT NO.   **3845**<br><br>**B. Saba Dmd, P.C.**<br>**c/o American Profit Recovery**<br>**34405 W. 12 Mile rd. Ste.379**<br>**Farmington Hills, MI 48331-5608** | | H | MEDICAL | X | X | | 507.00 |
| ACCOUNT NO.<br><br>**B. Saba, DMD, P.C.**<br>**c/o American Profit Recovery**<br>**3405 W. 12 Mile Road, Ste 379**<br>**Farmington Hills, MI 48331-5608** | | H | collection | X | X | | 0.00 |

Sheet no. _2_ of _30_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   >   $                    **8,149.17**

Total   >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul G Kauranen**                                                    Case No. _____
_____
                    Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Batco of Norwood**<br>**915 Pleasent St.**<br>**Norwood, MA 02062** | | H | **CONSUMER** | X | X | | 2,782.11 |
| ACCOUNT NO.<br>**Baystate Gas**<br>**P.O. Box 742514**<br>**Cincinnati, OH 45274** | | W | **CONSUMER** | X | X | | 214.19 |
| ACCOUNT NO.<br>**Blake Street Realty**<br>**c/o Michael Magerer & Assoc.**<br>**109 Highland Ave.**<br>**Needham, MA 02194** | | H | **Docket # 200412CV000258** | X | X | | 0.00 |
| ACCOUNT NO.<br>**Bobcat of Boston, Inc.**<br>**20 Concord Street**<br>**N. Reading, MA 01864** | | H | **CONSUMER**<br>**Rental** | X | X | | 12,792.50 |
| ACCOUNT NO.    **5729**<br>**Boston Herald**<br>**Circulation Dept.**<br>**P.O. Box 981068**<br>**Boston, MA 02298** | | H | **CONSUMER** | X | X | | 40.60 |

Sheet no. _3_ of _30_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $                                    **15,829.40**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul G Kauranen**                                                    Case No. _____
                                    **Debtor**                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | Consumer Complaint | X | X | | 0.00 |
| Brian Preti<br>46 Mayfair Dr.<br>Westwood, MA 02090 | | | | | | | |
| ACCOUNT NO. | | H | COLLECTION<br>Docket # 1115SC779 | X | X | | 0.00 |
| Bridgewater Farm Supply<br>c/o Gerald S. Shulman<br>15 Court Square<br>Suite 1000<br>Boston, MA 02108 | | | | | | | |
| ACCOUNT NO. | | | contract issues | X | X | X | 0.00 |
| Bruno Hirsh<br>19 Cynthia Road<br>Canton, A 02021 | | | | | | | |
| ACCOUNT NO. | | H | docket # 1157SC000606 | X | X | | 0.00 |
| Capital One<br>c/o Solomon & Solomon<br>5 Columbia Circle<br>Albany, NY 12203 | | | | | | | |
| ACCOUNT NO. **8676** | | H | CONSUMER | X | X | | 2,852.27 |
| Capital One Bank<br>PO Box 70884<br>Charlotte, NC 28272-0884 | | | | | | | |

Sheet no. _4_ of _30_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    2,852.27

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul G Kauranen**                                                          Case No. _____
                          Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8676**<br><br>**Capital One Bank**<br>**c/o Solomon and Solomon P.C.**<br>**Columbia Circle**<br>**P.O. Box 15019**<br>**Albany, NY 12212-5019** | | H | **COLLECTION** | X | X | | 0.00 |
| ACCOUNT NO. **8676**<br><br>**Capital One Bank (USA), N.A.**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272-1083** | | H | **CONSUMER** | X | X | | 2,566.95 |
| ACCOUNT NO. **8525**<br><br>**Capital One bk USA**<br>**PO Box 71083**<br>**Charlotte, NC  28272-1083** | | W | **CONSUMER** | X | X | | 158.23 |
| ACCOUNT NO.<br><br>**Carol Advertising Co., Inc.**<br>**1022 Morrissey Blvd.**<br>**Boston, MA 02122** | | H | **CONSUMER** | X | X | | 0.00 |
| ACCOUNT NO.<br><br>**Case Materials**<br>**1320 S. Washington Street**<br>**N. Attleboro, MA 02768** | | H | **CONSUMER** | X | X | | 7,788.75 |

Sheet no.  5 of 30 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                                       10,513.93

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Paul G Kauranen_____     Case No. _____
                        **Debtor**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5475**<br>**Central Insurance Co.**<br>**P.O. Box 828**<br>**Van Wert, OH 45891** | | H | **CONSUMER** | X | X | | **949.88** |
| ACCOUNT NO.<br>**Children's Hospital Pediatric Assoc**<br>**P.O. Box 4161**<br>**Woburn, MA 01888-4161** | | H | medical | X | X | | **687.00** |
| ACCOUNT NO.<br>**Christopher Gallasso**<br>**45 Merchants Drive**<br>**Walpole, MA 02081** | | H | | X | X | | **25,000.00** |
| ACCOUNT NO.<br>**Clean Harbors Environmental Srvc**<br>**P.O. Box 3442**<br>**Boston, MA 02241** | | H | **CONSUMER** | X | X | | **308.58** |
| ACCOUNT NO. **002-2**<br>**Columbia Gas of MA**<br>**P.O. Box 742514**<br>**Cincinnati, OH 45274-2514** | | H | **CONSUMER** | X | X | | **778.07** |

Sheet no. _6_ of _30_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $         **27,723.53**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul G Kauranen**                              Case No. _____
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **8964**<br><br>**Comcast**<br>**P.O. Box 196**<br>**Newark, NJ 07101-0196** | | H | **CONSUMER** | X | X | | **506.24** |
| ACCOUNT NO.   **1341-6**<br><br>**Commerce**<br>**11 Gore Rd.**<br>**Webster, MA 01570** | | H | **CONSUMER** | X | X | | **116.72** |
| ACCOUNT NO.<br><br>**Commerce Insurance**<br>**11 Gore Rd.**<br>**Webster, MA 01570** | | H | **Auto Insurance**<br>**Notice of Cancellation** | X | X | | **196.32** |
| ACCOUNT NO.<br><br>**Consumer Assistance Office**<br>**209 West Central St. suite 304**<br>**Natick, MA 01760** | | H | **Case 11-08-081** | X | X | | **0.00** |
| ACCOUNT NO.<br><br>**Cooks Towing & Transport**<br>**24 East Belcher Rd.**<br>**Foxboro, MA 02035** | | H | **CONSUMER** | X | X | | **1,067.30** |

Sheet no.  7 of 30 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ⯈  $                                        **1,886.58**

Total  ⯈  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul G Kauranen**  Case No. _____

_____
Debtor  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Daniel Sullivan** <br>**220 East St.** <br>**Wrentham, MA 02093** | | H | **Employee** | X | X | | 775.15 |
| ACCOUNT NO. **1762** <br><br> **Dedham Med Associates** <br>**P.O. Box 3678** <br>**Boston, MA 02241** | | H | **MEDICAL** | X | X | | 1,043.00 |
| ACCOUNT NO. **1762** <br><br> **Dedham Medical Assoc. Inc.** <br>**P.O. Box 510** <br>**Dedham, MA 02027** | | H | **MEDICAL** | X | X | | 311.00 |
| ACCOUNT NO. <br><br> **Dedham Medical Assoc.Inc.** <br>**Dental Departments** <br>**P.O. Box 510** <br>**Dedham, MA 02027-0510** | | H | **Medical** | X | X | | 311.00 |
| ACCOUNT NO. **6383** <br><br> **Dedham Medical Associates, Inc.** <br>**P.O. Box 417177** <br>**Boston, MA 02241-7177** | | H | **MEDICAL** | X | X | | 135.00 |

Sheet no. 8 of 30 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ 2,575.15

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul G Kauranen**                                      Case No. _____
                            Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **9748** <br><br>**Division of Unemployment Assistance Benefit Integrity Dept. - Overpayme 19 Stanford Street Boston, MA 02114-2502** | | H | Overpayment | X | X | | **45,023.00** |
| ACCOUNT NO. <br><br>**Dowling Corporation 711 Dedham St. Wrentham, MA 02093** | | H | CONSUMER | X | X | | **1,627.50** |
| ACCOUNT NO. <br><br>**Edic Cruz 658 Moody Street Waltham, MA 02452** | | H | Employee | X | X | | **1,787.50** |
| ACCOUNT NO. <br><br>**Enterprise Rent a Car Rodham Collision Repair Center 75 Washington Street Foxboro, MA 02035** | | H | collection | X | X | | **0.00** |
| ACCOUNT NO. <br><br>**Enterprise Rent-A-Car P.O. Box 405738 Atlanta, GA 30384-5738** | | H | consumer | X | X | | **2,767.71** |

Sheet no.  9 of 30 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▷  $                **51,205.71**

Total  ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul G Kauranen**                                    Case No. _____
_____
                        **Debtor**                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Ever Florian**<br>**18 Norumbega Terrace**<br>**Waltham, MA 02453** | | H | **Employee** | X | X | | 2,560.45 |
| ACCOUNT NO. <br><br>**Fastsigns**<br>**11 B Second Ave.**<br>**Needham, MA 02494** | | H | **CONSUMER** | X | X | | 1,569.94 |
| ACCOUNT NO.  **0725**<br><br>**Ford Credit**<br>**P.O. Box 31111**<br>**Tampa, FL 33631-3111** | | H | **Ford** | X | X | | 0.00 |
| ACCOUNT NO. <br><br>**Ford Motor Credit**<br>**c/o Kenneth C. Wilson**<br>**Lustig, Wilson & Glaser, P.C.**<br>**P.O. Box 9127**<br>**Needham, MA 02492** | | H | **2008 Ford** | X | X | | 0.00 |
| ACCOUNT NO. <br><br>**Ford Motor Credit Co.**<br>**Dept. 194101**<br>**P.O. Box 55000**<br>**Detroit, MI 48255** | | H | | X | X | | 2,945.51 |

Sheet no. _10_ of _30_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ 7,075.90

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul G Kauranen**                                    Case No. _____
_____
                        **Debtor**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **1089**<br>**Ford Motor Credit Co.**<br>**Dept. 194501**<br>**P.O. Box 55000**<br>**Detroit, MI 48255** | | H | **2008 Ford F250** | X | X | | **10,063.15** |
| ACCOUNT NO.<br>**GE Capital**<br>**P.O. Box 644479**<br>**Pittsburgh, PA 15264** | | H | **CONSUMER** | X | X | | **6,437.80** |
| ACCOUNT NO.<br>**GE/JCPenney**<br>**P.O. Box 965007**<br>**Orlando, FL 32896** | | J | **CONSUMER** | X | X | | **456.00** |
| ACCOUNT NO.   **4028**<br>**Giant Glass Co., Inc.**<br>**P.O. Box 808**<br>**Lawrence, MA 01840** | | H | **CONSUMER**<br>**Windshield Replacement**<br>**2008 Ford F Series 2D SC** | X | X | | **527.39** |
| ACCOUNT NO.<br>**Giant Glass/CB**<br>**c/o Carter Business Service, Inc.**<br>**150A Andover Street**<br>**Suite 12A**<br>**Danvers, MA 01923** | | H | **collection** | X | X | | **0.00** |

Sheet no.  11  of  30  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **17,484.34**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul G Kauranen**                                               Case No. _____
                                    _____
                                         Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Good Samaritan Medical Center**<br>**PO Box 417080**<br>**Boston, MA 02241** | | | **Medical Issues** | X | X | | 0.00 |
| ACCOUNT NO.<br><br>**Greg & Megan Levesque**<br>**c/o Patricia McArdle, Esq.**<br>**8 County Rd, Suite 2**<br>**Mattapoinsette, MA 02739** | | | **Breach of contract**<br>**(not completed due to debtors ilness).** | X | X | | 0.00 |
| ACCOUNT NO.<br><br>**Greg & Megan Levesque**<br>**2674 Courtlyn Rd.**<br>**Dighton, MA 02715** | | H | | X | X | | 0.00 |
| ACCOUNT NO.<br><br>**Greg & Megan Levesque**<br>**c/o Patricia A. McArdle, Esq.**<br>**8 County Rd. Ste 2**<br>**Mattapoisett, MA 02739** | | H | **Docket# 2011CV00830-C** | X | X | | 0.00 |
| ACCOUNT NO.<br><br>**Greg Norris**<br>**8 Fairbanks Rd.**<br>**Wrentham, MA 02093** | | H | **CONSUMER** | X | X | | 5,200.00 |

Sheet no. <u>12</u> of <u>30</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▷  $                5,200.00

Total  ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul G Kauranen**                                    Case No. _____
_____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hometown Weekly<br>29 James Ave.<br>Medfield, MA | | H | consumer | X | X | | 0.00 |
| ACCOUNT NO.<br><br>Igor Silva<br>32 Congress St. Apt. 1<br>Milford, MA 01757 | | H | Employee | X | X | | 4,960.70 |
| ACCOUNT NO.<br><br>Ingersol-Rand<br>P.O. Box 6229<br>Carol Stream, IL 60197 | | H | consumer | | | | 100.00 |
| ACCOUNT NO.  **2603**<br><br>Innovative Merchant Solutions<br>21215 Burbank Blvd. Ste.100<br>Woodland Hills, CA 91367 | | H | CONSUMER | X | X | | 25,732.54 |
| ACCOUNT NO.<br><br>Innovative Merchant Solutions<br>c/o Consolidated Recovery Group<br>425 West Fifth Ave. Suite 103<br>Escondido, CA 92025 | | H | CONSUMER | X | X | | 0.00 |

Sheet no. _13_ of _30_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                    Subtotal  >  $            30,793.24

                                    Total  >  $
                    (Use only on last page of the completed Schedule F.)
        (Report also on Summary of Schedules and, if applicable on the Statistical
                Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul G Kauranen**                                            Case No. _____
                        _____
                                Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | | X | X | | 8,743.70 |
| Jemco Disposal Service, Inc. 79 School Street Plainville, MA 02762 | | | CONSUMER | | | | |
| ACCOUNT NO. | | H | | X | X | | 8,000.00 |
| Jonas & Sandra Geiger 127 North Main St. Sherborn, MA 01770 | | | | | | | |
| ACCOUNT NO. | | H | | X | X | | 2,555.00 |
| Karen Kryder 155 Forst Grove Ave. Wrentham, MA 02093 | | | Employee | | | | |
| ACCOUNT NO. | | H | | X | X | | 18,000.00 |
| Keith & Kristina Jacobsen 4 Ginley Rd. Walpole, MA 02081 | | | CONSUMER | | | | |
| ACCOUNT NO. | | H | | X | X | | 5,004.40 |
| Kelley Services Kelsey Cahill 33 Thomas Leighton Blvd. Cumberland, RI 02864 | | | CONSUMER | | | | |

Sheet no. _14_ of _30_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          42,303.10

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul G Kauranen**                                      Case No. _____
                                      _____
                              **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | | X | X | | 10,750.00 |
| **Law Office of Atty Craig Singe 40 Willard Street Quincy, MA 02169** | | | services | | | | |
| ACCOUNT NO. | | H | | X | X | | 3,065.83 |
| **Law Offices of Joel Cardis, LLC 2006 Swede Rd., Suite 100 E. Norriton, PA 19401** | | | services | | | | |
| ACCOUNT NO. | | H | | X | X | | 913.63 |
| **Lowes Home Centers Inc. c/o Certegy Payment Recovery Servic Claims Accounting P.O. Box 30272 Tampa, FL 33630-3272** | | | COLLECTION | | | | |
| ACCOUNT NO. | | H | | X | X | | 250.00 |
| **Mace Conway Clint 46 Mashie Rd. Cumberland, RI 02864** | | | CONSUMER | | | | |
| ACCOUNT NO. | | H | | X | X | | 0.00 |
| **Malibu Pool Service 692 Dedham St. Wrentham, MA 02093** | | | CONSUMER | | | | |

Sheet no. _15_ of _30_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $   **14,979.46**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul G Kauranen**                                          Case No. _____
                    _____
                              **Debtor**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Marc D. Schulze, Esq.**<br>**1401 Providence Highway**<br>**Norwood, MA 02062** | | J | **Docket # CV2006-01782** | | | | 0.00 |
| ACCOUNT NO.<br><br>**Matz Landscaping**<br>**c/o David J. Fonte, Osbourne & Font**<br>**20 Eastbrook Rd, Suite 304**<br>**Dedham, MA 02026** | | H | **Docket # 1157SC000633** | X | X | | 0.00 |
| ACCOUNT NO.<br><br>**Matz Landscaping & Irrigation Co.**<br>**1454 Main St.**<br>**Walpole, MA 02081** | | H | **CONSUMER** | X | X | | 1,650.00 |
| ACCOUNT NO.<br><br>**Michael White**<br>**43 Rambien Brook Rd.**<br>**Seekonk, MA 02771** | | H | **CONSUMER** | X | X | | 1,200.00 |
| ACCOUNT NO.<br><br>**Milton Cat**<br>**Southworth-Milton**<br>**P.O. Box 3581**<br>**Boston, MA 02241** | | H | **CONSUMER** | X | X | | 11,039.99 |

Sheet no. 16 of 30 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                                13,889.99

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul G Kauranen**                                    Case No. _____
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Milton CAT <br> c/o Michael R. Makyen, Esq. <br> P.O. Box 202 <br> Hopkinton, MA 01748 | | H | Dockeet # 1166CV402 | X | X | | 0.00 |
| ACCOUNT NO. <br><br> Mini Warehousing, Inc. <br> 241 Francis Ave. <br> Mansfield, MA 02048 | | H | CONSUMER | X | X | | 891.00 |
| ACCOUNT NO. <br><br> Minuteman Ford <br> 2181 Providence Hwy. <br> Walpole, MA 02081 | | H | | X | X | | 1,006.76 |
| ACCOUNT NO. <br><br> Minuteman Press <br> 123  Washington St. Unit #8 <br> Foxboro, MA 02035 | | H | CONSUMER | X | X | | 845.55 |
| ACCOUNT NO. <br><br> Mr. & Mrs. Smith <br> c/o Masspirg Consumer Action Center <br> Whipple Center <br> 182 Green Street <br> North Weymouth, MA 02192 | | H | Consumer Complaint # 110654 | X | X | | 0.00 |

Sheet no.  17  of  30  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                2,743.31

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul G Kauranen**                                                              Case No. _____
                                   **Debtor**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Mr. & Mrs.Smith** <br>**1 Twilight Drive** <br>**Foxboro, MA 02035** | | H | **Consumer Complaint # 110654** | X | X | | 1,200.00 |
| ACCOUNT NO. <br><br> **Nelson Ortega** <br>**86 Hampton Dry Apt. #b** <br>**Norwood, MA 02062** | | H | **Employee** | X | X | | 3,064.12 |
| ACCOUNT NO. **7667** <br><br> **Neopost USA** <br>**P.O. Box 45800** <br>**San Francisco, CA 94145-0800** | | H | **CONSUMER** | X | X | | 668.19 |
| ACCOUNT NO. <br><br> **Newton-Wellesley Hospital** <br>**P.O. Box 415669** <br>**Boston, MA 02241** | | H | **MEDICAL** | X | X | | 150.00 |
| ACCOUNT NO. <br><br> **Norwood Hospital** <br>**c/o AMR of Mass Inc.** <br>**P.O. Box 100330** <br>**Atlanta, GA 30384-0330** | | H | **Medical Colleccion** | X | X | | 1,317.76 |

Sheet no. _18_ of _30_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 6,400.07

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul G Kauranen**                                     Case No. _____
                          _____
                                 **Debtor**                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **NStar** <br> **P.O. Box 4508** <br> **Woburn, MA 01888** | | H | **CONSUMER** | X | X | | 323.59 |
| ACCOUNT NO.  **0053** <br><br> **NStar** <br> **P.O. Box 660369** <br> **Dallas, TX 75266-0369** | | H | **CONSUMER** | X | X | | 268.59 |
| ACCOUNT NO.  **1001** <br><br> **NStar** <br> **P.O. Box 660369** <br> **Dallas, TX 75266-0369** | | H | **CONSUMER** | X | X | | 3,794.61 |
| ACCOUNT NO. <br><br> **Nurseries Inc. d/b/a Walpole & Floral** <br> **Rt. 1A** <br> **Walpole, MA 02081** | | H | **CONSUMER** | X | X | | 188.89 |
| ACCOUNT NO. <br><br> **Ocean State Oil, Inc.** <br> **123 Ocean State Dr.** <br> **North Kingstown, RI 02852** | | H | **Consumer** | X | X | | 1,019.71 |

Sheet no.  19  of  30  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                               5,595.39

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul G Kauranen**                                     Case No. _____
                                    **Debtor**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Open Vine Solutions**<br>**c/o Law Office of David Grossack**<br>**1320 Centre Street, Suite 103**<br>**Newton, MA 02459** | | H | **Collection** | X | X | | 0.00 |
| ACCOUNT NO.  **2603**<br><br>**Paul Sherman, Litigation Mgr.**<br>**Innovative Merchant Solutions**<br>**21215 Burbank Blvd. Suite 100**<br>**Woodland Hills, CA 91367** | | H | **Collection** | X | X | | 0.00 |
| ACCOUNT NO.<br><br>**Paulina Ordonez**<br>**28 West School St.**<br>**Woonsocket, RI 02895** | | H | **Employee** | X | X | | 2,787.55 |
| ACCOUNT NO.<br><br>**R&D Truck Repair**<br>**100 Wales ave.**<br>**Avon, MA 02322** | | H | **consumer** | X | X | | 2,000.00 |
| ACCOUNT NO.<br><br>**Read Landscape**<br>**c/o William P. Lenahan. Esq**<br>**189 Nehoiden Street**<br>**Needham, MA 02492** | | | **Pending Claim**<br>**Dismissal Stipulation** | X | X | | 0.00 |

Sheet no.  20  of  30  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ›  $                    **4,787.55**

Total  ›  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul G Kauranen**                                   Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Richmond North Assoc. Inc.**<br>**P.O. Box 963**<br>**4232 Ridge Lea Rd.**<br>**Amherst, NY 14226** | | H | **CONSUMER** | X | X | | 940.26 |
| ACCOUNT NO.   **3627**<br><br>**Salah Reyad & Assoc.**<br>**101 Access Rd.**<br>**Norwood, MA 02062** | | H | **MEDICAL** | X | X | | 207.-- |
| ACCOUNT NO.   **3627**<br><br>**Salah Reyad and Associates**<br>**101 Access Road**<br>**Norwood, MA 02062** | | H | **MEDICAL** | X | X | | 207.00 |
| ACCOUNT NO.<br><br>**Samantha Smith**<br>**1 Twilight Dr.**<br>**Foxboro, MA 02035** | | H | **Consumer Complaint** | X | X | | 0.00 |
| ACCOUNT NO.   **1000**<br><br>**Santander Consumer USA**<br>**P.O. Box 660633**<br>**Dallas, TX 75266** | | W | **CONSUMER** | X | X | | 2,579.21 |

Sheet no. _21_ of _30_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢  $        3,726.47

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul G Kauranen**                                              Case No. _____
                                  _____
                                  **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sara Kahn<br>c/o Law Office of Shaun Spencer<br>One Post Office Square<br>Second Floor<br>Sharon, MA 02067 | | H | Damages<br><br>Docket # 10-1662 | X | X | | 0.00 |
| ACCOUNT NO.<br><br>Seven Hayes, Inc.<br>435 West St.<br>Walpole, MA 02081 | | H | CONSUMER | X | X | | 14,894.20 |
| ACCOUNT NO.<br><br>Southworth-Milton, Inc.d/b/a Milton Cat<br>c/o Law Offices of Michael Makynen<br>85 Main Street<br>P.O. Box 202<br>Hopkinton, MA 01748 | | H | COLLECTION | X | X | | 8,556.19 |
| ACCOUNT NO.    7266<br><br>Sprint<br>P.O. Box 105243<br>Atlanta, GA 30348-5243 | | H | CONSUMER | X | X | | 183.81 |
| ACCOUNT NO.    7266<br><br>Sprint<br>P.O. Box 105243<br>Atlanta, GA 30348 | | H | CONSUMER | X | X | | 192.11 |

Sheet no.  22  of  30  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                23,826.31

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul G Kauranen**                                      Case No. _____
                        Debtor                                                 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | collection | X | X | | 0.00 |
| Sprint c/o MES/18264045 Allied Interstate LLC P.O. Box 361474 Columbus, OH 43236-1474 | | | | | | | |
| ACCOUNT NO. | | H | | X | X | | 290.91 |
| Standard Funding 335 Crossways Park Dr. Woodbury, NY 11797 | | | | | | | |
| ACCOUNT NO. | | H | CONSUMER | X | X | | 26,338.34 |
| Staples 360 Patriot Place Foxboro, MA 02035 | | | | | | | |
| ACCOUNT NO. | | H | CONSUMER | X | X | | 242.96 |
| Stephen Fossler 439 Dartmoor Drive Crystal Lake, IL 60014 | | | | | | | |
| ACCOUNT NO. | | H | Docket # 1157SC000655 | X | X | | 0.00 |
| Sullivan Tire c/o David S. Goldberg, Esq. 1671 Worcester Rd. #403 Framingham, MA 01701 | | | | | | | |

Sheet no. _23_ of _30_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $      26,872.21

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul G Kauranen** _____     Case No. _____
                         **Debtor**                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Sullivan Tire Companies**<br>**P.O. Box 370**<br>**Rockland, MA 02370** | | H | **CONSUMER** | X | X | | 2,729.87 |
| ACCOUNT NO. **5950**<br><br>**TD Bank, N.A.**<br>**P.O. Box 9547**<br>**Portland, ME 04112** | | H | **CONSUMER** | X | X | | 184.67 |
| ACCOUNT NO. <br><br>**The Commonwealth of Mass.**<br>**Office of the Attorney General**<br>**Fair Labor Division**<br>**One Ashburton Place, Rm. 1813**<br>**Boston, MA 02108** | | H | **Civil Penalty** | X | X | | 10,000.00 |
| ACCOUNT NO. <br><br>**Transworld systems Inc.**<br>**507 Prudential Rd.**<br>**Horsham, PA 19044** | | H | **CONSUMER** | X | X | | 18,718.35 |
| ACCOUNT NO. <br><br>**TRS Recovery Services**<br>**PO Box 60022**<br>**City of Industry, CA 91716** | | | **Collection Metropolitan truck** | X | X | X | 0.00 |

Sheet no. _24_ of _30_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                 Subtotal  ➤  $        **31,632.89**

                                       Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul G Kauranen**                                          Case No. _____
                                    **Debtor**                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **53884**<br><br>**United Site Services Northeast, Inc.**<br>**P.O. Box 9131**<br>**Foxboro, MA 02035** | | H | **CONSUMER** | X | X | | 969.38 |
| ACCOUNT NO.<br><br>**US Alliance**<br>**c/o Barsh and Cohen, PC**<br>**70 Wells Ave #103**<br>**Newton, MA 02459** | | | **Legal Services** | X | X | | 0.00 |
| ACCOUNT NO.   **6858**<br><br>**USAlliance Federal Credit Union**<br>**600 Midland Ave.**<br>**Rye, NY 10580-3902** | | H | **Consumer**<br>**Hazard Insurance** | X | X | | 4,380.00 |
| ACCOUNT NO.<br><br>**USPS**<br>**115 Main St.**<br>**Medway, MA 02053** | | H | **consumer** | X | X | | 0.00 |
| ACCOUNT NO.<br><br>**Verizon**<br>**c/o RMS**<br>**1000 Circle 75 Pkwy Suite 400**<br>**Atlanta, GA 30339** | | H | **CONSUMER** | X | X | | 0.00 |

Sheet no. <u>25</u> of <u>30</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **5,349.38**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Paul G Kauranen_____        Case No. _____
                            Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4065**<br><br>**Verizon**<br>**c/o NCO Financial Systems**<br>**P.O. Box 15391**<br>**Wilmington, DE 19850** | | H | **COLLECTION** | X | X | | 0.00 |
| ACCOUNT NO.  **013 006 4**<br><br>**Verizon**<br>**PO Box 1100**<br>**Albany, NY 12256-0001** | | H | **CONSUMER** | X | X | | 2,624.22 |
| ACCOUNT NO.  **764 006 5**<br><br>**Verizon**<br>**P.O. Box 1100**<br>**Albany,  NY 12250-0001** | | H | **CONSUMER** | X | X | | 176.19 |
| ACCOUNT NO.  **295 006 4**<br><br>**Verizon**<br>**P.O. Box 1100**<br>**Albany, NY 12250-0001** | | H | **CONSUMER** | X | X | | 207.66 |
| ACCOUNT NO.  **3068**<br><br>**Verizon**<br>**c/o Solomon and Solomon**<br>**Columbia Circle**<br>**P.O. Box 15019**<br>**Albany, NY 12212-5019** | | H | **COLLECTION** | X | X | | 212.93 |

Sheet no. __26_ of _30_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ |  3,221.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Paul G Kauranen**
_____   Case No. _____
                                    Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Verizon 6647**<br>**P.O. Box 1**<br>**Worcester, MA 01654** | | H | **CONSUMER** | X | X | | 636.09 |
| ACCOUNT NO.<br><br>**Verizon Wireless**<br>**c/o Receivables Performance Mgmt**<br>**P.O. Box 1548**<br>**Lynnwood, WA 98046** | | H | **COLLECTION** | X | X | | 3,868.53 |
| ACCOUNT NO.<br><br>**Vermont Mutual Insurance Co.**<br>**P.O. Box 113**<br>**Brattleboro, VT 05302** | | H | | X | X | | 478.75 |
| ACCOUNT NO.<br><br>**Walpole Nurseries, Inc.**<br>**d/b/a Walpole Floral & Garden Ctr.**<br>**1415 Main St. Rt. 1A**<br>**Walpole, MA 02081** | | H | **CONSUMER** | X | X | | 206.53 |
| ACCOUNT NO.   **9647**<br><br>**Walpole School Department**<br>**Ext 226**<br>**135 School Street**<br>**Walpole, MA 02081** | | H | **CONSUMER** | X | X | | 350.00 |

Sheet no. 27 of 30 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 5,539.90

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul G Kauranen**                                          Case No. _____
                           Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Walpole School Dept.** <br> **Ext. 226** <br> **135 School St.** <br> **Walpole, MA 02081** | | H | | X | X | | 350.00 |
| ACCOUNT NO. <br><br> **Walpole School Dept.** <br> **c/o Transworld Systems** <br> **10 New England Bus. Ctr. Dr.** <br> **Andover, MA 01810** | | H | | X | X | | 0.00 |
| ACCOUNT NO. <br><br> **Wells Fargo Financial** <br> **P.O. Box 68791** <br> **Las Vegas, VN 89193** | | H | **CONSUMER** | X | X | | 644.00 |
| ACCOUNT NO.  **0012** <br><br> **Westwood Lodge Hospital** <br> **45 Clapboardtree Street** <br> **Westwood, MA 02090** | | H | **MEDICAL** | X | X | | 150.00 |
| ACCOUNT NO. <br><br> **Wilfredo Lopez** <br> **812 Moody St.** <br> **Waltham, MA 02452** | | H | **Employee** | X | X | | 5,979.76 |

Sheet no. _28_ of _30_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                7,123.76

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul G Kauranen**                                              Case No. _____
                                  Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | | X | X | | 0.00 |
| William P. Lenahan, Esq.<br>189 Nehoiden St.<br>Needham, MA 02492 | | | Read Landscape Supply, Inc.<br><br>docket # 08-00541 | | | | |
| ACCOUNT NO. | | H | | X | X | | 147.99 |
| Work Out World<br>Rt. 1<br>Norwood, MA 02062 | | | consumer | | | | |
| ACCOUNT NO. | | H | | X | X | | 20.99 |
| Work Out World<br>c/o ABC Financial<br>P.O. Box 6800<br>Sherwood, AR 72124 | | | COLLECTION | | | | |
| ACCOUNT NO. | | H | | X | X | | 137.91 |
| Yerard Trailers<br>11 West Mill St.<br>Medfield, MA 02059 | | | consumer | | | | |
| ACCOUNT NO. | | H | | X | X | | 11,708.97 |
| Zurich<br>8712 Innovation Way<br>Chicago, IL 60682 | | | consumer | | | | |

Sheet no. _29_ of _30_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢  $                12,015.86

Total ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Paul G Kauranen_____  Case No. _____
                          **Debtor**                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | | X | X | | 5,796.28 |
| **Zurich North America 8712 Innovation Way Chicago, IL 60682-0087** | | | **CONSUMER Commercial Auto Ins.** | | | | |

Sheet no. 30 of 30 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **5,796.28**

Total ➤ $ **467,423.68**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re:  <u>Paul G Kauranen</u>                                    ,    Case No. _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re:  **Paul G Kauranen** _____.        Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re **Paul G Kauranen**                                           Case No. _____

                          Debtor                                              (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Separated** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **Son** | **11** |
| | **daughter** | **11** |
| | **daughter** | **6** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **landscape/ sales** | |
| Name of Employer | | |
| How long employed | **Self employed - sub** | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify) _____ | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **4,782.61** | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify) | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **4,782.61** | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **4,782.61** | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **4,782.61** | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**None** _____

**B6I (Official Form 6I) (12/07) - Cont.**

In re    **Paul G Kauranen**                                                    Case No. _____
                          _____
                          **Debtor**                                                                    **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

## Addendum
Additional Information

**Note Debtor was in the Hospital for part of the year and was not able to work and or complete contracted jobs**

B6J (Official Form 6J) (12/07)

In re  **Paul G Kauranen**                                                         ,        Case No. _____
                            Debtor                                                                      (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 650.00 |
| a. Are real estate taxes included?     Yes _____    No ✓ | | |
| b. Is property insurance included?     Yes _____    No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 85.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 49.00 |
| d. Other **Comcast Cable** | $ | 73.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 375.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 44.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 375.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 61.41 |
| e. Other_____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other_____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 4,322.48 |
| 17. Other **Car maint** | $ | 50.00 |
| **Health and beauty** | $ | 35.00 |
| **Prescriptions** | $ | 300.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,669.89 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**None, child support to be determined consistent with pending divorce**
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 4,782.61 |
| b. Average monthly expenses from Line 18 above | $ | 6,669.89 |
| c. Monthly net income (a. minus b.) | $ | -1,887.28 |

**B6J (Official Form 6J) (12/07) - Cont.**

In re <u>Paul G Kauranen</u>                                                      ,          Case No. _____
                                        **Debtor**                                                              **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

## Addendum

Additional Information Regarding the Debtor

**Note Debtor has experienced medical difficulties in 2011 and has been unable to complete jobs.**

**UNITED STATES BANKRUPTCY COURT**
**District of Massachusetts**

In re:   **Paul G Kauranen**                                                Case No. _____

                                                                           Chapter   **7**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:                 $ _____

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2.  Gross Monthly Income:                                                    $ _____**4,782.61**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

    3.  Net Employee Payroll (Other Than Debtor)        $ _____**0.00**
    4.  Payroll Taxes                                              _____**0.00**
    5.  Unemployment Taxes                                        _____**0.00**
    6.  Worker's Compensation                                     _____**0.00**
    7.  Other Taxes                                               _____**0.00**
    8.  Inventory Purchases (Including raw  materials)            _____**0.00**
    9.  Purchase of Feed/Fertilizer/Seed/Spray                    _____**0.00**
    10. Rent (Other than debtor's principal residence)           _____**0.00**
    11. Utilities                                                 _____**0.00**
    12. Office Expenses and Supplies                              _____**0.00**
    13. Repairs and Maintenance                                  _____**0.00**
    14. Vehicle Expenses                                         _____**0.00**
    15. Travel and Entertainment                                 _____**0.00**
    16. Equipment Rental and Leases                              _____**0.00**
    17. Legal/Accounting/Other Professional Fees                 _____**0.00**
    18. Insurance                                                _____**0.00**
    19. Employee Benefits (e.g., pension, medical, etc.)         _____**0.00**
    20. Payments to Be Made Directly By Debtor to Secured Creditors For
        Pre-Petition Business Debts (Specify):
        **None**                                             _____

    21. Other (Specify):

        **Average Expenses Jan 1 - Dec 31, 2012**            _____**4,322.48**

    22. Total Monthly Expenses (Add items 3 - 21)                    $ _____**4,322.48**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)     $ _____**460.13**

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court

## District of Massachusetts

In re **Paul G Kauranen** _____,          Case No. _____

                                    Debtor                           Chapter    _7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $          630.000.00 | | |
| B - Personal Property | YES | 3 | $            9.525.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 3 | | $          597.107.14 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $           93,184.51 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 31 | | $          467.423.68 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $         4.782.61 |
| J - Current Expenditures of Individual Debtor(s) | YES | 3 | | | $         6.669.89 |
| TOTAL | | 49 | $        639,525.00 | $      1,157,715.33 | |

Form 6 - Statistical Summary (12/07)

## United States Bankruptcy Court
### District of Massachusetts

In re **Paul G Kauranen**                                    Case No. _____

_____,
                        Debtor                              Chapter   **7**   _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   **93,184.51** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   **0.00** |
| Student Loan Obligations (from Schedule F) | $   **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $   **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   **0.00** |
| TOTAL | $   **93,184.51** |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   **3,000.00** |
| Average Expenses (from Schedule J, Line 18) | $   **6,669.89** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   **3,750.00** |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   **565,734.77** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   **91,891.71** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   **0.00** |
| 4. Total from Schedule F | | $   **467,423.68** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   **1,033,158.45** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Paul G Kauranen**                                              Case No. _____
                    **Debtor**                                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of          **51**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **1/6/2012**                                Signature:  **/s/ Paul G Kauranen**
                                                                        **Paul G Kauranen**
                                                                                                   Debtor

[If joint case, both spouses must sign]

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**District of Massachusetts**

In re:  **Paul G Kauranen** _____,     Case No. _____

Debtor                                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None  ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 74,623.00 | **IRS - Adj. Gross Income** | **2008** |
| 127,298.00 | **IRS - Adj. Gross Income** | **2009** |
| -35,944.00 | **IRS - Adj. Gross Income** | **2010** |

## 2.  Income other than from employment or operation of business

None  ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None  ☑   a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**2**

None ☑  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☑  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None

☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| Read Landscape Supply, Inc. v. Gerard Associates, Inc. and Paul G. Kauranen 08-00541 | Breech of Contract | Norfolk Superior Court | Pending |
| Kauranen v. Kauranen 10D1738 | Divorce Proceeding | Probate and Family Court | Pending |
| Ford Motor Credit Company LLC v. Paul G. Kauranen 1157CV0601 | Breech of Contract | Wrentham District Court | Pending |
| Blake Street Realty, LLC v. Gerard Associates, Inc. and Paul G. Kauranen 200412CV000258 | Breech of Contract | Middlesex District Court | Pending |
| Gerard Associates, Inc. v. Marc D. Schulze & Michell Schulze and Marc D. Schulze & Michelle Schulze v. Paul Kauranen & Jannelle Kauranen 06-1782 | Breech of Contract | Norfolk Superior Court | Pending |
| Khan v. Kauranen NOCV2010-01662-C | Breech of Contract | Norfolk Superior Court | Pending |
| Linda Hughes v. Gerard Associates, Inc. 1089CV00138 | Breech of Contract | Falmouth District Court | Pending |
| Norwood Check Cashing v. Matthew W. Mullen 1154SC000804 | Breech of Contract | Dedham District Court | Pending |
| Southworth-Milton, Inc. d/b/a Milton CAT v. Gerard Associates, Inc. and Paul G. Kauranen 1166CV402 | Breech of Contract | Milford District Court | Pending |
| Greg G. Levesque and Megan J. Levesque v. Gerard Associates Inc and Paul G. Kauranen 2011CV00830-C | | | |
| Michael Donovan v. Paul Kauranen d/b/a Gerard Associates 1157SC000571 | Breech of Contract | Wrentham District Court | Pending |
| Clipper Magazine, LLC v. Gerard Associates, Inc. 1157CV000352 | Breech of Contract | Wrentham District Court | Pending |
| Sullivan Tire Co. Inc. v. Gerard Associates, Inc. 1157SC000655 | Breech of Contract | Wrentham District Court | Pending |
| Hometown Publications, Lic v. Paul Kauranen 1154SC000355 | Breech of Contract | Dedham District Court | Pending |
| Capital One Bank v. Paul Kauranen 1157SC000606 | Breech of Contract | Wrentham District Court | Pending |

**4**

| | | | |
|---|---|---|---|
| **Matz Landscaping, Inc. A/K/A Matz Landscaping & Amp;Irrigation Inc. v. Gerard Associates, Inc.**<br>**1157SC000633** | **Breech of Contract** | **Wrentham District Court** | **Pending** |
| **Lucia and Adm Epstein v. Paul g. Kauranen d/b/a Stonegate**<br>**11-00986** | **Breech of Contract** | **Norfolk Superior Court** | **Pending** |
| **Commonwealth v. Paul G. Kauranen**<br>**CARI aka Paul Kauranen**<br>**1155CR000734** | **Larceny by Check over $250** | **Stoughton District Court** | **Pending** |
| **Epstein et al v Kauranen dba**<br>**NOCV2011-00986** | **Breech of Contract** | **County of Norfolk Superior Court** | **Pending** |
| **Gerard Baker v. Paul Kauranen**<br>**1154SC001141** | **Breech of Contract** | **Dedham District Court** | **Pending** |
| **Nirson DaSilva v. Gerard Associates**<br>**1166SC000429** | **Breech of Contract** | **Milford District Court** | **Pending** |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year**
☑   immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
    information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are
    separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF<br>SEIZURE | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
|---|---|---|

## 5.  Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bob cat of Boston**<br>**North Reading MA** | 02/01/2011 | **Two Bob Cat's** |
| **Ford Motor Credit Company**<br>**P.O. Box 31111**<br>**Tampa, FL 33631** | 06/30/2011 | **2005 Ford F350** |
| **Ford Motor Credit Company**<br>**P.O. Box 31111**<br>**Tampa, FL 33631-3111** | 07/13/2011 | **2008 Ford F650** |
| **Paul G. Kauranen**<br>**Box 1034**<br>**Wrentham, MA 02093** | 08/17/2011 | **Plate Return**<br>**Registration N56588** |
| **Paul G. Kauranen**<br>**Box 1034**<br>**Wrentham, MA 02093** | 08/17/2011 | **Plate Return**<br>**Registration 15TZ55** |
| **Paul G. Kauranen**<br>**P.O Box 1034**<br>**Wrentham, Ma 02093** | 08/17/2011 | **Utility Plate Return** |
| **Paul G.Kauranen**<br>**P.O. Box 1034**<br>**Wrentham, MA 02093** | 08/17/2011 | **Commercial Plate Return** |

## 6.  Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Note Debtor was afflicted with several medical complications, started in 2010 through 2011 which contributed to the financial ruin of Gerard Associates Inc, which filed for Ch 7 Bankruptcy in September of 2011** | | **09/01/2011** |
| **Assorted losses as associated with divorce pending and former spouse disposing of assorted items** | **suit coast, clothing, golf equipment, computer, printer office funriture, to dumpster** | **07/01/2011** |

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Summers Law Office P.O. Box 306 Franklin, MA 02038** | **DECEMBER 29, 2011** | **File FEE 306.00**<br><br>**$1275.00 Legal Fee** |

### 10. Other transfers

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
| --- | --- | --- |

## 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16.  Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.     List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.     List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☐

a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| d/b/a Paul G. Kauranen | 9748 | 11 Summer Street Attleboro, MA 02703 | Sub-Contractor | 09/06/2011 |

None
☑

b.        Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                ADDRESS

* * * * * *

*[if completed by an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **1/6/2012**                              Signature   **/s/ Paul G Kauranen**
                                                of Debtor   **Paul G Kauranen**

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
### District of Massachusetts

In re _____ **Paul G Kauranen** _____,        Case No. _____
                                    Debtor                                                                  Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

| Property No.  1 |
|---|

| Creditor's Name:<br><br>**Blake Street Realty Trust** | Describe Property Securing Debt:<br><br>**Judgement Lien**<br>**Services**<br>**Execution**<br>**JUDICIAL LIEN TO BE AVOIDED**<br><br>**Value $663,100.00** |
|---|---|

Property will be *(check one)*:
- ☑ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt        ☑ Not claimed as exempt

---

| Property No.  2 |
|---|

| Creditor's Name:<br><br>**Linda Hughes** | Describe Property Securing Debt:<br><br>**Judicial Lien to be Avoided** |
|---|---|

Property will be *(check one)*:
- ☑ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt        ☑ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                                           Page 2

| Property No.  3 | |
|---|---|
| **Creditor's Name:**<br><br>**Rockland Federal Credit Union** | **Describe Property Securing Debt:**<br><br>**76 Beethoven Ave.**<br>**Walpole, MA**<br><br>**Equity Loan 2nd** |

Property will be *(check one)*:
- ☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt          ☑ Not claimed as exempt

---

| Property No.  4 | |
|---|---|
| **Creditor's Name:**<br><br>**Sarah Khan** | **Describe Property Securing Debt:**<br><br>**Judgement Lien Services**<br><br>**AVOID JUDICIAL LIEN** |

Property will be *(check one)*:
- ☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt          ☑ Not claimed as exempt

---

| Property No.  5 | |
|---|---|
| **Creditor's Name:**<br><br>**U.S. Alliance** | **Describe Property Securing Debt:**<br><br>**INFO ONLY** |

B 8 (Official Form 8) (12/08)

Property will be *(check one)*:
☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt          ☑ Not claimed as exempt

---

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br><br>**U.S. Alliance** | **Describe Property Securing Debt:**<br><br>**76 Beethoven Ave.**<br>**Walpole, MA**<br><br>**1st mortgage**<br>**INFO ONLY** |

Property will be *(check one)*:
☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt          ☑ Not claimed as exempt

---

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br><br>**U.S. Alliance Federal Credit Union** | **Describe Property Securing Debt:**<br><br>**Mortgage**<br>**76 Beethoven Ave.**<br>**Walpole, MA**<br><br>**formerly Chase Mortgage**<br>**Value $663,100.00** |

Property will be *(check one)*:
☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

B 8 (Official Form 8) (12/08)                                                                 Page 4

Property is *(check one)*:
- ☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No.  8 | |
|---|---|
| **Creditor's Name:**<br><br>**U.S. Alliance Federal Credit Union** | **Describe Property Securing Debt:**<br><br>**76 Beethoven Ave.**<br>**Walpole, MA**<br><br>**Info Only** |

Property will be *(check one)*:
- ☐ Surrendered                    ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt                    ☑ Not claimed as exempt

---

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No.  1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**None** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

<u>    0    </u>   continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: <u>1/6/2012</u>                              **/s/ Paul G Kauranen**
                                                   **Paul G Kauranen**
                                                   Signature of Debtor

B22A (Official Form 22A) (Chapter 7) (12/10)

In re  **Paul G Kauranen** _____
　　　　　　Debtor(s)

Case Number: _____
　　　　　(If known)

> According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement):
> ☐ **The presumption arises**
> ☑ **The presumption does not arise**
> ☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

## Part I. MILITARY AND NON-CONSUMER DEBTORS

**1A**

**Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.

☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)).

**1B**

**Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.

☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts.

**1C**

**Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**

☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard

　　　a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and
　　　　　☐ I remain on active duty /or/
　　　　　☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;
　　　　　　OR
　　　b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/
　　　　　☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed.

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

B22A (Official Form 22A) (Chapter 7) (12/10)                                                                              2

| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br><br>a. ☐ **Unmarried. Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>b. ☑ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br><br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** |  |  |
|---|---|---|---|

|  | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | Column A<br>Debtor's<br>Income | Column B<br>Spouse's<br>Income |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $3,750.00 | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>| a. | Gross Receipts | $ 0.00 |<br>| b. | Ordinary and necessary business expenses | $ 0.00 |<br>| c. | Business income | Subtract Line b from Line a | | $0.00 | $ |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. **Do not enter a number less than zero. Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>| a. | Gross Receipts | $ 0.00 |<br>| b. | Ordinary and necessary operating expenses | $ 0.00 |<br>| c. | Rent and other real property income | Subtract Line b from Line a | | $0.00 | $ |
| 6 | **Interest, dividends, and royalties.** | $0.00 | $ |
| 7 | **Pension and retirement income.** | $0.00 | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $0.00 | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $ _____    Spouse $ _____ | $ | $ |
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. |  |  |

B22A (Official Form 22A) (Chapter 7) (12/10)                                    3

| | | | | |
|---|---|---|---|---|
| | a. | | $ | |
| | Total and enter on Line 10. | | $0.00 | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 thru 10 in Column B. Enter the total(s). | | $3,750.00 | $ |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | | $ 3,750.00 | |

## Part III.  APPLICATION OF § 707(b)(7) EXCLUSION

| | | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $45,000.00 |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence:  **MA**                b. Enter debtor's household size:  **3** | $83,736.00 |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br><br>☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br><br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15).**

## Part IV.  CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| | | |
|---|---|---|
| 16 | **Enter the amount from Line 12.** | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero.<br><br>a. _____  $ _____<br><br>Total and enter on Line 17 . | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| | | |
|---|---|---|
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |

**B22A (Official Form 22A) (Chapter 7) (12/10)**                                                                                    4

| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Outof- Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Outof- Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. |  |
|---|---|---|

| **Persons under 65 years of age** |  |  | **Persons 65 years of age or older** |  |  |
|---|---|---|---|---|---|
| a1. | Allowance per person |  | a2. | Allowance per person |  |
| b1. | Number of persons |  | b2. | Number of persons |  |
| c1. | Subtotal |  | c2. | Subtotal |  |

$

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
|---|---|---|

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court)(the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** |  |
|---|---|---|

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by home, if any, as stated in Line 42. | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a |

$

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
|---|---|---|

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. ☐ 0  ☐ 1  ☐ 2 or more.<br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

**B22A (Official Form 22A) (Chapter 7) (12/10)**                                                   5

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br>☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |
|---|---|---|
| | <table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42.</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 1</td><td>Subtract Line b from Line a</td></tr></table> | $ |
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | |
| | <table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 2</td><td>Subtract Line b from Line a</td></tr></table> | $ |
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service— such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |
| | **Subpart B: Additional Living Expense Deductions** | |

| | Note: Do not include any expenses that you have listed in Lines 19-32 | |
|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>| a. | Health Insurance | $ |<br>| b. | Disability Insurance | $ |<br>| c. | Health Savings Account | $ |<br><br>Total and enter on Line 34<br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br>$ _____ | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | $ |

| Subpart C: Deductions for Debt Payment | |
|---|---|

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | |
|---|---|---|---|---|---|
| a. | | | $ | ☐ yes   ☐ no | |
| | | | | Total: Add Lines a, b and c | $ |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|---|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| | | | |
| | | Total: Add Lines a, b and c | $ |

| 44 | **Payments on prepetition priority claims**. Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|

| | a. | Projected average monthly Chapter 13 plan payment. | $ | |
|---|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

| | **Subpart D: Total Deductions from Income** | |
|---|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

| | **Part VI.  DETERMINATION OF § 707(b)(2) PRESUMPTION** | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $7,025\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $11,725\*.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 through 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B22A (Official Form 22A) (Chapter 7) (12/10)**                                                                 8

| | **Part VII.  ADDITIONAL EXPENSE CLAIMS** |
|---|---|
| **56** | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
| | Total: Add Lines a, b, and c | $ |

| | **Part VIII:  VERIFICATION** |
|---|---|
| **57** | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*<br><br>Date:  __1/6/2012__          Signature:  __*/s/ Paul G Kauranen*__<br><br>                                                   **Paul G Kauranen,** (Debtor) |

B 203
(12/94)

# UNITED STATES BANKRUPTCY COURT
## District of Massachusetts

In re:   **Paul G Kauranen**

Case No. _____

Chapter    **7**

_____

Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,275.00 |
| Prior to the filing of this statement I have received | $ | 1,275.00 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

    ☐  Debtor          ☐  Other (specify)

3. The source of compensation to be paid to me is:

    ☐  Debtor          ☐  Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a)    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b)    Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e)    [Other provisions as needed]

        **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

    **$306.00 Filing Fee. In the event of a missed 341 hearing $250. In the event of litigation, motion to dismiss and/or relief from stay issues $275/hr.
    ($350 Included in fee to remove Judicial Lien)**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **1/6/2012**  _____

**./s/AnDre' D. Summers**  _____
**AnDre' D. Summers, Bar No.  551618**

**Summers Law Office**
Attorney for Debtor(s)

**B 201A** (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2.**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re  Paul G Kauranen                                          Case No. _____
                    **Debtor**
                                                                Chapter      __7__

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of the Debtor

I , the debtor, affirm that I have received and read this notice, as required by § 342(b) of the Bankruptcy Code.

| Paul G Kauranen | X /s/ Paul G Kauranen | 1/6/2012 |
|---|---|---|
| Printed Name of Debtor | **Paul G Kauranen** | |
| | Signature of Debtor | Date |
| Case No. (if known)  _____ | | |

**Instructions**: Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) only if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.