CITATION FOR VIOLATION OF MASSACHUSETTS WAGE AND HOUR LAWS



**The Commonwealth of Massachusetts
Office of the Attorney General
Fair Labor Division
One Ashburton Place, Rm. 1813
Boston, MA 02108**

Paul G. Kauranen

☒ Order of Restitution $ 33,014.90      ☒ Civil Penalty $13,000.00       Total Due  $46,014.90
☒ You are hereby ordered to rectify all infractions immediately and to comply with all provisions of Massachusetts General Laws, Chapters 149 and 151.
☐ Second or subsequent offense

After an investigation by the Fair Labor Division, you have been found in violation of the following provision(s) of the Massachusetts General Laws:

☒ M.G.L c.149, § 148   Failure to make timely payment of wages due and owing from 12/08/09 to 11/10/10:
Violation #

| # | | | Employee | Restitution |
|---|---|---|---|---|
| 1. | ☒ | Employee: | Axel Gudiel | $7,268.92 |
| 2. | ☒ | Employee: | Wilfredo Lopez | $5,979.76 |
| 3. | ☒ | Employee: | Igor Silva | $4,960.70 |
| 4. | ☒ | Employee: | Nelson Ortega | $3,064.12 |
| 5. | ☒ | Employee: | Paulino Ordonez | $2,787.55 |
| 6. | ☒ | Employee: | Ever Florian | $2,560.45 |
| 7. | ☒ | Employee: | Airton Dos Santos | $1,275.75 |
| 8. | ☒ | Employee: | | $2,555.00 |
| 9. | ☒ | Employee: | | $1,787.50 |
| 10. | ☒ | Employee: | | $775.15 |

☒ Willful ☐ Non-willful

☐ See attached for list of additional violations.

Pursuant to M.G.L. c. 149, section 27C(b)(2), in determining the amount of the civil penalty (if any), the following factors have been taken into consideration where the information was available and where applicable: previous violations (if any), the employer's intent, the number of employees affected, the monetary extent of the violation(s), and the total monetary amount of the public contract or payroll involved.

Citation #WH110146

Inspector: Christina Proietti _[signature]_         Date issued: 11/4/11

By Certified Mail # 7009 2250 0004 0998 8425    and        First Class Mail 11/4/11

(See Reverse for Payment Instructions and Right of Appeal)