# UNITED STATES BANKRUPTCY COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

In re:

Kauranen, Paul G,

    Debtor.

Case No.  12-10131-JNF

Chapter 7

## Chapter 7 Trustee's Objection to Proof of Claim of
## The Money Market, Inc.

Warren E. Agin, the duly appointed chapter 7 trustee (the "Trustee") in the above-captioned case, hereby objects, pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007, to proof of claim number 34 filed by The Money Market, Inc. In support of his objection, the Trustee states the following:

1. Paul G. Kauranen (the "Debtor") filed a petition to commence the above-captioned case on January 6, 2012.

2. The Trustee was duly appointed as the chapter 7 trustee of the Debtor's estate on January 9, 2012.

3. **The Trustee has served this motion on the creditor whose claims is objected to herein by mailing a copy of this motion to the address designated by such creditors on their proof of claim for notice.**

4. The Bankruptcy Court set the bar date for filing proofs of claim as July 11, 2012 (the "Claims Bar Date").

5. On July 24, 2012, The Money Market, Inc. filed a proof of claim, claim number 34 on the claims docket, seeking allowance of a general, unsecured claim in the amount of $34,130 (the "Claim").

6. The Claim was filed after the Claims Bar Date and is a late filed claim.

7.      The proof of claim lacks sufficient documentation to support the asserted Claim. As a result, the Claim was presented in a form that does not comply with applicable rules. Because the Claim lacks supporting documentation, The Money Market, Inc. has failed to satisfy its initial burden and the Trustee is unable to evaluate or access the validity or allowability of the Claim. The Trustee objects to allowance of the Claim and seeks an order disallowing and expunging the Claim in its entirety, or, in the alternative, subordinating the Claim to all other allowed general unsecured claims.

8.      The Claim is a late filed claim which lacks sufficient documentation. The Claim should be disallowed and struck from the claims docket in the above-captioned case, or, in the alternative, subordinated to all other allowed general unsecured claims.

WHEREFORE, the Trustee moves this Court to enter an order disallowing the proof of claim of The Money Market, Inc., being claim number 34 on the claims docket and striking such claim from the claims docket or, in the alternative, subordinating the Claim to all other allowed general unsecured claims; and granting such other relief as the Court may deem appropriate.

Dated January 16, 2013.

> Warren E. Agin, as Trustee,
> By his Attorney,
>
> /s/Warren E. Agin
> Warren E. Agin (BBO 554242)
> **Swiggart & Agin, LLC**
> 197 Portland Street
> Boston, MA 02114
> (617) 742-0110 x203
> wea@swiggartagin.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Kauranen, Paul G,<br>    Debtor. | Case No. 12-10131-JNF<br><br>Chapter 7 |

## CERTIFICATE OF SERVICE

I, Warren E. Agin, do hereby certify that:

A. on January 16, 2013, I caused a Notice of Electronic Filing to be electronically transmitted to the following parties with respect to the Chapter 7 Trustee's Objection to Proof of Claim of the Money Market, Inc. (the "Pleading(s)"):

    Andre' D. Summers

    Lawrence P. Cohen

    Kathleen P. Dwyer

    Kenneth E. Karger

    Donald Lassman

    Norman Novinsky

    Audrey Richardson

    Herbert Weinberg

    Office of the U.S. Trustee

B. on January 16, 2013, I served a copy of the Pleadings on the attached service list, which includes the address designated by creditors on their proof of

claim for notice, by mailing a copy of the same by first class mail, postage prepaid, except where the Notice of Electronic Filing indicated that Notice was electronically mailed to the party.

    The Money Market, Inc.
    245 Main Street
    Brockton, MA 02301

Signed under the penalties of perjury January 16, 2013.

                                          /s/Warren E. Agin
                                          Warren E. Agin (BBO 554242)
                                          Swiggart & Agin, LLC
                                          197 Portland Street
                                          Boston, MA 02114
                                          (617) 742-0110 x203
                                          wea@swiggartagin.com