# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                §
                                      §
PAUL G KAURANEN                       §      Case No. 1:12-10131-JNF
                                      §
            Debtor(s)                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

WARREN AGIN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $             (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/WARREN AGIN, TRUSTEE _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| John A. Guglielmi, Esq. | | | |
| Law Office Joanne Karamas IOLTA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blake Street Realty Trust c/o Michael Magerer, Esq. Michael Magerer and Associates 109 Highland Ave. Needham, MA 02494 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Linda Hughes c/o David C. Nunheimer Esq. , | | | | | |
| | Rockland Federal Credit Union 241 Union Street Rockland, MA 02370 | | | | | |
| | Sarah Khan c/o Shaun B. Spencer Attorney at Law 56 Glendale Rd. Sharon, MA 02067 | | | | | |
| | U.S. Alliance c/o Barsh and Cohen 70 Wells Ave. Newton, MA 02459 | | | | | |
| | U.S. Alliance Federal Credit Union Mortgage Service Dept. 18 Commerce Way, Suite 7100 Woburn, MA 01801 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | U.S. Alliance Federal Credit Union 159 Overland Rd. P.O. Box 549204 Waltham, MA 02454 | | | | | |
| | U.S. Alliance 600 Midland Ave. Rye, NY 10580 | | | | | |
| | Rockland Federal Credit Union | | | | | |
| 13 | USAlliance Federal Credit Union | | | | | |
| 3 | USAlliance Federal Credit Union | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WARREN AGIN | | | | | |
| AGIN, WARREN | | | | | |
| WARREN AGIN | | | | | |
| Sureties, Ltd International | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Law Office Joanne Karamas IOLTA | | | | | |
| Rabobank, N.A. | | | | | |
| The Bank of New York Mellon | | | | | |
| Swiggart & Agin, LLC | | | | | |
| Swiggart & Agin, LLC | | | | | |
| Verdolino & Lowey, P. C. | | | | | |
| Verdolino & Lowey, P. C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Commonwealth of Massachusetts Department of Revenue P.O. Box 7010 Boston, MA 02204 | | | | | |
| | Internal Revenue Service ACS Support P.O. Box 8208 Philadelphia, PA 19101 | | | | | |
| | Mass Department of Revenue c/o EOS CCA P.O. Box 800 Norwell, MA 020610800 | | | | | |
| | Mass Department of Workforce Division of Unemployment Assist 19 Staniford  Street Boston, MA 021142502 | | | | | |
| | Mass Dept of Revenue P.O. Box 7065 Boston, MA 02204 | | | | | |
| | Town of Walpole Office of Collector of Taxes 135 School St. Walpole, MA 02081 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Town of Walpole<br>135 School Street<br>Walpole, MA 02081 | | | | | |
| | Town of Walpole<br>135 School Street<br>Walpole, MA 02081 | | | | | |
| | U.S. Department of Labor<br>Wage and Hour Divison<br>JFK Federal Building, Room 525<br>Government Center<br>Boston, MA 02203 | | | | | |
| 36P | Jannelle Kauranen | | | | | |
| 9 | Karen Krider | | | | | |
| | Deborah Norris | | | | | |
| 37 | Donna Murphy | | | | | |
| 38 | Neil Murphy | | | | | |
| 1 | Town of Walpole | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A.M. Leonard<br>241 Fox Drive<br>Piqua, OH 45356 | | | | | |
| | Adam Epstein<br>84 Royalston Rd.<br>Wellesley, MA 02481 | | | | | |
| | Airton Dos Santos<br>32 Congress St. Apt #. 2<br>Milford, MA 01757 | | | | | |
| | American Express c/o MRS Associates<br>1930 Olney Ave.<br>Cherry Hill, NJ 08003 | | | | | |
| | American Express<br>P.O. Box 981540<br>El Paso, TX 79998 | | | | | |
| | American Express<br>PO Box 2855<br>New York, NY 101162855 | | | | | |
| | Applied Bank<br>P.O. Box 10210<br>Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Applied Bank<br>P.O. Box 17120<br>Wilmington, DE 19886 | | | | | |
| | AT&T Mobility c/o I.C.<br>system<br>444 Highway 96 East<br>P.O. Box 64378<br>St. Paul, MN 551640378 | | | | | |
| | AT&T Mobility c/o I.C.<br>System, Inc.<br>P.O. Box 64378<br>Saint Paul, MN 551640378 | | | | | |
| | AT&T Mobility c/o Southwest<br>Credit<br>4120 International Pkwy. Ste.<br>1100<br>Carrollton, TX 750071958 | | | | | |
| | AT&T Mobility<br>P.O. Box 6463<br>Carol Stream, IL 601976463 | | | | | |
| | Axel Gudiel<br>73 Hampton Dry Apt.#c<br>Norwood, MA 02062 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | B. Saba Dmd, P.C. c/o American Profit Recovery 34405 W. 12 Mile rd. Ste.379 Farmington Hills, MI 483315608 | | | | | |
| | B. Saba, DMD, P.C. c/o American Profit Recovery 3405 W. 12 Mile Road, Ste 379 Farmington Hills, MI 483315608 | | | | | |
| | Batco of Norwood 915 Pleasent St. Norwood, MA 02062 | | | | | |
| | Baystate Gas P.O. Box 742514 Cincinnati, OH 45274 | | | | | |
| | Blake Street Realty c/o Michael Magerer & Assoc. 109 Highland Ave. Needham, MA 02194 | | | | | |
| | Bobcat of Boston, Inc. 20 Concord Street N. Reading, MA 01864 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Boston Herald Circulation Dept. P.O. Box 981068 Boston, MA 02298 | | | | | |
| | Brian Preti 46 Mayfair Dr. Westwood, MA 02090 | | | | | |
| | Bridgewater Farm Supply c/o Gerald S. Shulman 15 Court Square Suite 1000 Boston, MA 02108 | | | | | |
| | Bruno Hirsh 19 Cynthia Road Canton, A0 2021 | | | | | |
| | Capital One Bank (USA), N.A. P.O. Box 71083 Charlotte, NC 282721083 | | | | | |
| | Capital One Bank c/o Solomon and Solomon P.C. Columbia Circle P.O. Box 15019 Albany, NY 122125019 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank<br>PO Box 70884<br>Charlotte, NC 282720884 | | | | | |
| | Capital One bk USA<br>PO Box 71083<br>Charlotte, NC 282721083 | | | | | |
| | Capital One c/o Solomon &<br>Solomon<br>5 Columbia Circle<br>Albany, NY 12203 | | | | | |
| | Carol Advertising Co., Inc.<br>1022 Morrissey Blvd.<br>Boston, MA 02122 | | | | | |
| | Case Materials<br>1320 S. Washington Street<br>N. Attleboro, MA 02768 | | | | | |
| | Central Insurance Co.<br>P.O. Box 828<br>Van Wert, OH 45891 | | | | | |
| | Children's Hospital Pediatric<br>Assoc<br>P.O. Box 4161<br>Woburn, MA 018884161 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Christopher Gallasso<br>45 Merchants Drive<br>Walpole, MA 02081 | | | | | |
| | Clean Harbors Environmental<br>Srvc<br>P.O. Box 3442<br>Boston, MA 02241 | | | | | |
| | Columbia Gas of MA<br>P.O. Box 742514<br>Cincinnati, OH 452742514 | | | | | |
| | Comcast<br>P.O. Box 196<br>Newark, NJ 071010196 | | | | | |
| | Commerce Insurance<br>11 Gore Rd.<br>Webster, MA 01570 | | | | | |
| | Commerce<br>11 Gore Rd.<br>Webster, MA 01570 | | | | | |
| | Consumer Assistance Office<br>209 West Central St. suite 304<br>Natick, MA 01760 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cooks Towing & Transport<br>24 East Belcher Rd.<br>Foxboro, MA 02035 | | | | | |
| | Daniel Sullivan<br>220 East St.<br>Wrentham, MA 02093 | | | | | |
| | Dedham Med Associates<br>P.O. Box 3678<br>Boston, MA 02241 | | | | | |
| | Dedham Medical Assoc. Inc.<br>P.O. Box 510<br>Dedham, MA 02027 | | | | | |
| | Dedham Medical Assoc.Inc.<br>Dental Departments<br>P.O. Box 510<br>Dedham, MA 020270510 | | | | | |
| | Dedham Medical Associates, Inc.<br>P.O. Box 417177<br>Boston, MA 022417177 | | | | | |
| | Division of Unemployment Assistance Benefit Integrity Dept.<br>19 Stanford Street<br>Boston, MA 021142502 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dowling Corporation 711 Dedham St. Wrentham, MA 02093 | | | | | |
| | Edic Cruz 658 Moody Street Waltham, MA 02452 | | | | | |
| | Enterprise Rent a Car Rodham Collision Repair Center 75 Washington Street Foxboro, MA 02035 | | | | | |
| | Enterprise Rent-A-Car P.O. Box 405738 Atlanta, GA 303845738 | | | | | |
| | Ever Florian 18 Norumbega Terrace Waltham, MA 02453 | | | | | |
| | Fastsigns 11 B Second Ave. Needham, MA 02494 | | | | | |
| | Ford Credit P.O. Box 31111 Tampa, FL 336313111 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Motor Credit c/o Kenneth C. Wilson Lustig, Wilson & Glaser, P.C. P.O. Box 9127 Needham, MA 02492 | | | | | |
| | Ford Motor Credit Co. Dept. 194101 P.O. Box 55000 Detroit, MI 48255 | | | | | |
| | Ford Motor Credit Co. Dept. 194501 P.O. Box 55000 Detroit, MI 48255 | | | | | |
| | GE Capital P.O. Box 644479 Pittsburgh, PA 15264 | | | | | |
| | GE/JCPenney P.O. Box 965007 Orlando, FL 32896 | | | | | |
| | Giant Glass Co., Inc. P.O. Box 808 Lawrence, MA 01840 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Giant Glass/CB c/o Carter Business Service, Inc. 150A Andover Street Suite 12A Danvers, MA 01923 | | | | | |
| | Good Samaritan Medical Center PO Box 417080 Boston, MA 02241 | | | | | |
| | Greg & Megan Levesque c/o Patricia A. McArdle, Esq. 8 County Rd. Ste 2 Mattapoisett, MA 02739 | | | | | |
| | Greg & Megan Levesque c/o Patricia McArdle, Esq. 8 County Rd, Suite 2 Mattapoinsette, MA 02739 | | | | | |
| | Greg & Megan Levesque 2674 Courtlyn Rd. Dighton, MA 02715 | | | | | |
| | Greg Norris 8 Fairbanks Rd. Wrentham, MA 02093 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hometown Weekly 29 James Ave. Medfield, Ma | | | | | |
| | Igor Silva 32 Congress St. Apt. 1 Milford, MA 01757 | | | | | |
| | Ingersol-Rand P.O. Box 6229 Carol Stream, IL 60197 | | | | | |
| | Innovative Merchant Solutions c/o Consolidated Recovery Grou 425 West Fifth Ave. Suite 103 Escondido, CA 92025 | | | | | |
| | Innovative Merchant Solutions 21215 Burbank Blvd. Ste.100 Woodland Hills, CA 91367 | | | | | |
| | Jemco Dispposal Service, Inc. 79 School Street Plainville, MA 02762 | | | | | |
| | Jonas & Sandra Geiger 127 North Main St. Sherborn, MA 01770 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Karen Kryder<br>155 Forst Grove Ave.<br>Wrentham, MA 02093 | | | | | |
| | Keith & Kristina Jacobsen<br>4 Ginley Rd.<br>Walpole, MA 02081 | | | | | |
| | Kelley Services Kelsey Cahill<br>33 Thomas Leighton Blvd.<br>Cumberland, RI 02864 | | | | | |
| | Law Office of Atty Craig Singe<br>40 Willard Street<br>Quincy, MA 02169 | | | | | |
| | Law Offices of Joel Cardis, LLC<br>2006 Swede Rd., Suite 100<br>E. Norriton, PA 19401 | | | | | |
| | Lowes Home Centers Inc. c/o<br>Certegy Payment Recovery Servic<br>Claims Accounting<br>P.O. Box 30272<br>Tampa, FL 336303272 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mace Conway Clint 46 Mashie Rd. Cumberland, RI 02864 | | | | | |
| | Malibu Pool Service 692 Dedham St. Wrentham, MA 02093 | | | | | |
| | Marc D. Schulze, Esq. 1401 Providence Highway Norwood, MA 02062 | | | | | |
| | Matz Landscaping & Irrigation Co. 1454 Main St. Walpole, MA 02081 | | | | | |
| | Matz Landscaping c/o David J. Fonte, Osbourne & Font 20 Eastbrook Rd, Suite 304 Dedham, MA 02026 | | | | | |
| | Michael White 43 Rambien Brook Rd. Seekonk, MA 02771 | | | | | |
| | Milton CAT c/o Michael R. Makyen, Esq. P.O. Box 202 Hopkinton, MA 01748 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Milton Cat Southworth-Milton P.O. Box 3581 Boston, MA 02241 | | | | | |
| | Mini Warehousing, Inc. 241 Francis Ave. Mansfield, MA 02048 | | | | | |
| | Minuteman Ford 2181 Providence Hwy. Walpole, MA 02081 | | | | | |
| | Minuteman Press 123   Washington St. Unit #8 Foxboro, MA 02035 | | | | | |
| | Mr. & Mrs. Smith c/o Masspirg Consumer Action Center Whipple Center 182 Green Street North Weymouth, MA 02192 | | | | | |
| | Mr. & Mrs.Smith 1 Twilight Drive Foxboro, MA 02035 | | | | | |
| | Nelson Ortega 86 Hampton Dry Apt. #b Norwood, MA 02062 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Neopost USA<br>P.O. Box 45800<br>San Francisco, CA 941450800 | | | | | |
| | Newton-Wellesley Hospital<br>P.O. Box 415669<br>Boston, MA 02241 | | | | | |
| | Norwood Hospital c/o AMR<br>of Mass Inc.<br>P.O. Box 100330<br>Atlanta, GA 303840330 | | | | | |
| | NStar<br>P.O. Box 4508<br>Woburn, MA 01888 | | | | | |
| | NStar<br>P.O. Box 660369<br>Dallas, TX 752660369 | | | | | |
| | NStar<br>P.O. Box 660369<br>Dallas, TX 752660369 | | | | | |
| | Nurseries Inc. d/b/a Walpole<br>& Floral<br>Rt. 1A<br>Walpole, MA 02081 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ocean State Oil, Inc. 123 Ocean State Dr. North Kingstown, RI 02852 | | | | | |
| | Open Vine Solutions c/o Law Office of David Grossack 1320 Centre Street, Suite 103 Newton, MA 02459 | | | | | |
| | Paul Sherman, Litigation Mgr. Innovative Merchant Solutions 21215 Burbank Blvd. Suite 100 Woodland Hills, CA 91367 | | | | | |
| | Paulina Ordonez 28 West School St. Woonsocket, RI 02895 | | | | | |
| | R&D Truck Repair 100 Wales ave. Avon, MA 02322 | | | | | |
| | Read Landscape c/o William P. Lenahan. Esq 189 Nehoiden Street Needham, MA 02492 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Richmond North Assoc. Inc. P.O. Box 963 4232 Ridge Lea Rd. Amherst, NY 14226 | | | | | |
| | Salah Reyad & Assoc. 101 Access Rd. Norwood, MA 02062 | | | | | |
| | Salah Reyad and Associates 101 Access Road Norwood, MA 02062 | | | | | |
| | Samantha Smith 1 Twilight Dr. Foxboro, MA 02035 | | | | | |
| | Santander Consumer USA P.O. Box 660633 Dallas, TX 75266 | | | | | |
| | Sara Kahn c/o Law Office of Shaun Spencer One Post Office Square Second Floor Sharon, MA 02067 | | | | | |
| | Seven Hayes, Inc. 435 West St. Walpole, MA 02081 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Southworth-Milton, Inc.d/b/a Milton Cat c/o Law Offices of M 85 Main Street P.O. Box 202 Hopkinton, MA 01748 | | | | | |
| | Sprint Allied Interstate LLC P.O. Box 361474 Columbus, OH 432361474 | | | | | |
| | Sprint P.O. Box 105243 Atlanta, GA 30348 | | | | | |
| | Sprint P.O. Box 105243 Atlanta, GA 303485243 | | | | | |
| | Standard Funding 335 Crossways Park Dr. Woodbury, NY 11797 | | | | | |
| | Staples 360 Patriot Place Foxboro, MA 02035 | | | | | |
| | Stephen Fossler 439 Dartmoor Drive Crystal Lake, IL 60014 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sullivan Tire c/o David S. Goldberg, Esq. 1671 Worcester Rd. #403 Framingham, MA 01701 | | | | | |
| | Sullivan Tire Companies P.O. Box 370 Rockland, MA 02370 | | | | | |
| | TD Bank, N.A. P.O. Box 9547 Portland, ME 04112 | | | | | |
| | The Commonwealth of Mass. Office of the Attorney General Fair Labor Division One Ashburton Place, Rm. 1813 Boston, MA 02108 | | | | | |
| | Transworld systems Inc. 507 Prudential Rd. Horsham, PA 19044 | | | | | |
| | TRS Recovery Services PO Box 60022 City Of Industry, CA 91716 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United Site Services Northeast, Inc. P.O. Box 9131 Foxboro, MA 02035 | | | | | |
| | US Alliance c/o Barsh and Cohen, PC 70 Wells Ave #103 Newton, MA 02459 | | | | | |
| | USAlliance Federal Credit Union 600 Midland Ave. Rye, NY 105803902 | | | | | |
| | USPS 115 Main St. Medway, MA 02053 | | | | | |
| | Verizon 6647 P.O. Box 1 Worcester, MA 01654 | | | | | |
| | Verizon c/o NCO Financial Systems P.O. Box 15391 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Verizon c/o RMS 1000 Circle 75 Pkwy Suite 400 Atlanta, GA 30339 | | | | | |
| | Verizon c/o Solomon and Solomon Columbia Circle P.O. Box 15019 Albany, NY 122125019 | | | | | |
| | Verizon Wireless c/o Receivables Performance Mgmt P.O. Box 1548 Lynnwood, WA 98046 | | | | | |
| | Verizon P.O. Box 1100 Albany, NY 122500001 | | | | | |
| | Verizon P.O. Box 1100 Albany, NY 122500001 | | | | | |
| | Verizon PO Box 1100 Albany, NY 122560001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vermont Mutual Insurance Co. P.O. Box 113 Brattleboro, VT 05302 | | | | | |
| | Walpole Nurseries, Inc. d/b/a Walpole Floral & Garden Ctr. 1415 Main St. Rt. 1A Walpole, MA 02081 | | | | | |
| | Walpole School Department Ext 226 135 School Street Walpole, MA 02081 | | | | | |
| | Walpole School Dept. c/o Transworld Systems 10 New England Bus. Ctr. Dr. Andover, MA 01810 | | | | | |
| | Walpole School Dept. Ext. 226 135 School St. Walpole, MA 02081 | | | | | |
| | Wells Fargo Financial P.O. Box 68791 Las Vegas, Vn 89193 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Westwood Lodge Hospital<br>45 Clapboardtree Street<br>Westwood, MA 02090 | | | | | |
| | Wilfredo Lopez<br>812 Moody St.<br>Waltham, MA 02452 | | | | | |
| | William P. Lenahan, Esq.<br>189 Nehoiden St.<br>Needham, MA 02492 | | | | | |
| | Work Out World c/o ABC<br>Financial<br>P.O. Box 6800<br>Sherwood, AR 72124 | | | | | |
| | Work Out World<br>Rt. 1<br>Norwood, MA 02062 | | | | | |
| | Yerard Trailers<br>11 West Mill St.<br>Medfield, MA 02059 | | | | | |
| | Zurich North America<br>8712 Innovation Way<br>Chicago, IL 606820087 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Zurich 8712 Innovation Way Chicago, IL 60682 |  |  |  |  |  |
| 27 | Axel Gudiel |  |  |  |  |  |
| 5 | Batco of Norwood |  |  |  |  |  |
| 11 | Blake Street Realty, LLC |  |  |  |  |  |
| 23 | Bruno Hirsh |  |  |  |  |  |
| 14 | Capital One Bank (USA), N. A. |  |  |  |  |  |
| 8 | Columbia Gas of MA |  |  |  |  |  |
| 21 | Deborah Norris |  |  |  |  |  |
| 4-2 | Dowling Corporation |  |  |  |  |  |
| 24 | FSB American Express Bank |  |  |  |  |  |
| 12 | G & T Equipment |  |  |  |  |  |
| 2 | Gerald S. Shulman Esq. |  |  |  |  |  |
|  | Greater Boston Legal Services |  |  |  |  |  |
| 16 | Greg & Megan Levesque |  |  |  |  |  |
| 15 | Innovative Merchant Solutions |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 25 | Jemco Disposal Service, Inc. | | | | | |
| 10 | Matz Landscaping, Inc. | | | | | |
| 19 | Minuteman Press | | | | | |
| 30 | Nelson Ortega | | | | | |
| 18 | NStar | | | | | |
| 33 | Quantum3 Group LLC | | | | | |
| 22 | Rockland Federal Credit Union | | | | | |
| 17 | Sarah Khan | | | | | |
| 26 | Seven Hayes | | | | | |
| 34 | The Money Market, Inc. | | | | | |
| | U.S. Bankruptcy Court | | | | | |
| 20 | VERIZON | | | | | |
| 32 | Airton Dos Santos | | | | | |
| 6 | Dedham Medical Assoc. Inc. | | | | | |
| 7 | Dedham Medical Assoc. Inc. | | | | | |
| 29 | Igor Silva | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 31 | Paulina Ordonez | | | | | |
| 28 | Wilfredo Lopez | | | | | |
| 36U | Jannelle Kauranen | | | | | |
| 35 | MA Department of Employment | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No: | 12-10131 | JNF | Judge: | Honorable Joan N. Feeney | Trustee Name: | WARREN AGIN, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | PAUL G KAURANEN | | | | Date Filed (f) or Converted (c): | 01/06/2012 (f) |
| | | | | | 341(a) Meeting Date: | 02/07/2012 |
| For Period Ending: | 06/16/2014 | | | | Claims Bar Date: | 07/11/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  76 Beethoven Ave, Walpole, MA | 630,000.00 | 0.00 | | 621,000.00 | FA |
| 2.  Cash | 2,000.00 | 0.00 | | 0.00 | FA |
| 3.  VOID | 0.00 | 0.00 | | 0.00 | FA |
| 4.  Household Goods | 5,000.00 | 0.00 | | 0.00 | FA |
| 5.  Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 6.  d/b/a Stonegate Landscape | 0.00 | 0.00 | | 0.00 | FA |
| 7.  Gerard Associates, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 8.  Saab 2001 | 2,025.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $639,525.00          $0.00          $621,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Sold at private sale allowed on 6/21/2012. Pursuant to court approved agreement, debtor's homestead exemption is allowed, but estate is entitled to retain all but $35,000 of exempted proceeds from the sale of the real estate. |
| RE PROP # | 2 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 4 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 5 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 6 | -- | Now Defunct. Had been located in Wrentham, MA |
| RE PROP # | 7 | -- | 45 Industrial Road, Wrentham, MA. Landscaping business. Filed Bankruptcy in September of 2011. |
| RE PROP # | 8 | -- | Imported from original petition Doc# 1 |

Initial Projected Date of Final Report (TFR): 06/30/2015          Current Projected Date of Final Report (TFR): 08/27/2013

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 12-10131 | Trustee Name: WARREN AGIN, TRUSTEE | Exhibit 9 |
| Case Name: PAUL G KAURANEN | Bank Name: The Bank of New York Mellon-old | |
| | Account Number/CD#: XXXXXX1866 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX4854 | Blanket Bond (per case limit): $36,700,000.00 | |
| For Period Ending: 06/16/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/12/12 | | Law Office Joanne Karamas IOLTA | Net proceeds from sale of estate's interest in real estate | | $69,688.24 | | $69,688.24 |
| | | | Gross Receipts $621,000.00 | | | | |
| | | USAlliance Federal Credit Union Attn: Rose L. Ruggiero 18 Commerce Way Woburn, MA 01801 | Payoff of first mortgage ($422,088.23) | 4110-000 | | | |
| | | Rockland Federal Credit Union , | Payoff of second mortgage ($32,597.50) | 4110-000 | | | |
| | | Town of Walpole 135 School Street Walpole, MA 02081 | Payment of municipal liens ($18,276.18) | 5800-000 | | | |
| | | , | Misc. closing and recording costs ($3,361.76) | 2500-000 | | | |
| | | , | Payments to or for benefit of non -debtor co-owner, Jeanette Kauranen ($74,988.09) | 8500-002 | | | |
| | 1 | | 76 Beethoven Ave, Walpole, MA $621,000.00 | 1110-000 | | | |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $85.68 | $69,602.56 |
| 08/07/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($85.68) | $69,688.24 |
| 12/27/12 | 0 | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO XXXXXXXXX3088 20121227 | 9999-000 | | $69,688.24 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $69,688.24 | $69,688.24 |
| Less: Bank Transfers/CD's | $0.00 | $69,688.24 |
| Subtotal | $69,688.24 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $69,688.24 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $69,688.24 | $69,688.24 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 12-10131 | | | | Trustee Name: WARREN AGIN, TRUSTEE | | Exhibit 9 |
| Case Name: PAUL G KAURANEN | | | | Bank Name: Rabobank, N.A. | | |
| | | | | Account Number/CD#: XXXXXX66 | | |
| | | | | | Checking Account | |
| Taxpayer ID No: XX-XXX4854 | | | | Blanket Bond (per case limit): $36,700,000.00 | | |
| For Period Ending: 06/16/2014 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/28/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | $69,688.24 | | $69,688.24 |
| 12/31/12 | 10101 | John A. Guglielmi, Esq. PO Box 2312 Plainville, MA 02762 | Payment to Paul G. Kauranen re 10/23/12 settlement agreement | 8100-002 | | $35,000.00 | $34,688.24 |
| 05/20/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | ($187.54) | $34,875.78 |
| 05/21/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | $375.08 | $34,500.70 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $51.47 | $34,449.23 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $46.24 | $34,402.99 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $54.43 | $34,348.56 |
| 08/14/13 | 10102 | International Sureties, Ltd 710 Poydras Street Suite 420 New Orleans, LA 70139 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2013 FOR CASE #12-10131, Bond # 016027600 | 2300-000 | | $38.64 | $34,309.92 |
| 12/13/13 | 10113 | Dedham Medical Assoc. Inc. Dental Departments P.O. Box 510 Dedham, MA 020270510 | Dividend paid  1.25% on $311.00; Claim# 6; Filed: $311.00; Reference: | 7100-003 | | ($3.91) | $34,313.83 |
| 12/13/13 | 10114 | Dedham Medical Assoc. Inc. Dental Departments P.O. Box 510 Dedham, MA 020270510 | Dividend paid  1.25% on $730.00; Claim# 7; Filed: $730.00; Reference: | 7100-003 | | ($9.17) | $34,323.00 |
| 12/13/13 | 10133 | Wilfredo Lopez 812 Moody St. Waltham, MA 02452 | Dividend paid  1.25% on $5,979.76; Claim# 28; Filed: $5,979.76; Reference: | 7100-003 | | ($75.12) | $34,398.12 |
| 12/13/13 | 10134 | Igor Silva 32 Congress St. Apt. 1 Milford, MA 01757 | Dividend paid  1.25% on $4,960.70; Claim# 29; Filed: $4,960.70; Reference: | 7100-003 | | ($62.32) | $34,460.44 |
| 12/13/13 | 10136 | Paulina Ordonez 28 West School St. Woonsocket, RI 02895 | Dividend paid  1.25% on $3,754.08; Claim# 31; Filed: $3,754.08; Reference: | 7100-003 | | ($47.16) | $34,507.60 |

| | | |
|---|---|---|
| Page Subtotals: | $69,688.24 | $35,180.64 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-10131 | Trustee Name: WARREN AGIN, TRUSTEE |
| Case Name: PAUL G KAURANEN | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX66 |
| | Checking Account |
| Taxpayer ID No: XX-XXX4854 | Blanket Bond (per case limit): $36,700,000.00 |
| For Period Ending: 06/16/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/13/13 | 10137 | Airton Dos Santos 32 Congress St. Apt #. 2 Milford, MA 01757 | Dividend paid 1.25% on $1,275.75; Claim# 32; Filed: $1,275.75; Reference: | 7100-003 | | ($16.03) | $34,523.63 |
| 12/13/13 | 10140 | AGIN, WARREN 197 Portland Street Fourth Floor BOSTON, MA 02114 | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | $6,777.00 | $27,746.63 |
| | | AGIN, WARREN | Dividend paid 100.00% on ($77.00) $77.00; Claim#; Filed; $77.00 | 2200-000 | | | |
| | | AGIN, WARREN | Dividend paid 100.00% on ($6,700.00) $6,700.00; Claim#; Filed; $6,700.00 | 2100-000 | | | |
| 12/13/13 | 10103 | Swiggart & Agin, LLC 197 Portland Street Boston, MA 02114 | Dividend paid 100.00% on $8,000.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | $8,000.00 | $19,746.63 |
| 12/13/13 | 10104 | Verdolino & Lowey, P.C. 124 Washington Street Foxboro, MA 02035 | Dividend paid 100.00% on $1,638.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | $1,638.50 | $18,108.13 |
| 12/13/13 | 10105 | Verdolino & Lowey, P.C. 124 Washington Street Foxboro, MA 02035 | Dividend paid 100.00% on $66.64, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | $66.64 | $18,041.49 |
| 12/13/13 | 10106 | Swiggart & Agin, LLC 197 Portland Street Boston, MA 02114 | Dividend paid 100.00% on $790.21, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | $790.21 | $17,251.28 |
| 12/13/13 | 10107 | Jannelle Kauranen 83 South Street Walpole, MA 02081 | Dividend paid 100.00% on $6,510.00; Claim# 36P; Filed: $6,510.00; Reference: | 5100-000 | | $6,510.00 | $10,741.28 |
| 12/13/13 | 10108 | Karen Krider 155 Forst Grove Avenue Wrentham, MA 02093 | Dividend paid 100.00% on $2,555.00; Claim# 9; Filed: $2,555.00; Reference: | 5300-000 | | $2,555.00 | $8,186.28 |
| 12/13/13 | 10109 | Deborah Norris 8 Fairbanks Drive Wrentham, MA 02093 | Dividend paid 100.00% on $2,600.00; Claim# 21P; Filed: $2,600.00; Reference: | 5600-000 | | $2,600.00 | $5,586.28 |

| | | Page Subtotals: | | | $0.00 | $28,921.32 |
|---|---|---|---|---|---|---|

Page: 4

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: 12-10131 | | Trustee Name: WARREN AGIN, TRUSTEE |
| Case Name: PAUL G KAURANEN | | Bank Name: Rabobank, N.A. |
| | | Account Number/CD#: XXXXXX66 |
| | | Checking Account |
| Taxpayer ID No: XX-XXX4854 | | Blanket Bond (per case limit): $36,700,000.00 |
| For Period Ending: 06/16/2014 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/13/13 | 10110 | Gerald S. Shulman, Esq<br>591 North Avenue<br>Door 2, First Floor<br>Wakefield, MA 01880 | Dividend paid  1.25% on $2,831.20; Claim# 2; Filed: $2,831.20; Reference: | 7100-000 | | $35.57 | $5,550.71 |
| 12/13/13 | 10111 | Dowling Corporation<br>713 Dedham St.<br>Wrentham, MA 02093 | Dividend paid  1.25% on $1,627.50; Claim# 4 -2; Filed: $1,627.50; Reference: | 7100-000 | | $20.44 | $5,530.27 |
| 12/13/13 | 10112 | Batco of Norwood<br>915 Pleasent St.<br>Norwood, MA 02062 | Dividend paid  1.25% on $2,782.11; Claim# 5; Filed: $2,782.11; Reference: | 7100-000 | | $34.95 | $5,495.32 |
| 12/13/13 | 10113 | Dedham Medical Assoc. Inc.<br>Dental Departments<br>P.O. Box 510<br>Dedham, MA 020270510 | Dividend paid  1.25% on $311.00; Claim# 6; Filed: $311.00; Reference: | 7100-003 | | $3.91 | $5,491.41 |
| 12/13/13 | 10114 | Dedham Medical Assoc. Inc.<br>Dental Departments<br>P.O. Box 510<br>Dedham, MA 020270510 | Dividend paid  1.25% on $730.00; Claim# 7; Filed: $730.00; Reference: | 7100-003 | | $9.17 | $5,482.24 |
| 12/13/13 | 10115 | Columbia Gas of MA<br>P.O. Box 2025<br>Springfield, MA 01102 | Dividend paid  1.25% on $98.88; Claim# 8; Filed: $98.88; Reference: | 7100-000 | | $1.24 | $5,481.00 |
| 12/13/13 | 10116 | Matz Landscaping, Inc.<br>C/o OSBORNE & FONTE<br>20 Eastbrook Road, Suite 304<br>Dedham, MA 02026 | Dividend paid  1.25% on $1,650.00; Claim# 10; Filed: $1,650.00; Reference: | 7100-000 | | $20.73 | $5,460.27 |
| 12/13/13 | 10117 | Blake Street Realty, LLC<br>c/o Rosenberg & Weinberg<br>805 Turnpike Street<br>North Andover, MA 01845 | Dividend paid  1.25% on $86,142.96; Claim# 11; Filed: $86,142.96; Reference: | 7100-000 | | $1,082.11 | $4,378.16 |
| 12/13/13 | 10118 | G & T Equipment<br>45 Merchants Drive<br>Walpole, MA 02081 | Dividend paid  1.25% on $30,000.00; Claim# 12; Filed: $30,000.00; Reference: | 7100-000 | | $376.85 | $4,001.31 |
| 12/13/13 | 10119 | Capital One Bank (USA), N.A.<br>P.O. Box 71083<br>Charlotte, NC 282721083 | Dividend paid  1.25% on $3,268.86; Claim# 14; Filed: $3,268.86; Reference: | 7100-000 | | $41.06 | $3,960.25 |

Page Subtotals:                    $0.00         $1,626.03

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 12-10131 | | Trustee Name: WARREN AGIN, TRUSTEE | | Exhibit 9 |
| Case Name: PAUL G KAURANEN | | Bank Name: Rabobank, N.A. | | |
| | | Account Number/CD#: XXXXXX66 | | |
| | | Checking Account | | |
| Taxpayer ID No: XX-XXX4854 | | Blanket Bond (per case limit): $36,700,000.00 | | |
| For Period Ending: 06/16/2014 | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/13/13 | 10120 | Innovative Merchant Solutions c/o Consolidated Recovery Group 425 West Fifth Ave. Suite 103 Escondido, CA 92025 | Dividend paid 1.25% on $56,531.08; Claim# 15; Filed: $56,531.08; Reference: | 7100-000 | | $710.13 | $3,250.12 |
| 12/13/13 | 10121 | Greg & Megan Levesque 2674 Courtlyn Rd. Dighton, MA 02715 | Dividend paid 1.25% on $25,915.62; Claim# 16; Filed: $25,915.62; Reference: | 7100-000 | | $325.55 | $2,924.57 |
| 12/13/13 | 10122 | Sarah Khan 127 Washington Street Wellesley, MA 02481 | Dividend paid 1.25% on $70,600.00; Claim# 17; Filed: $70,600.00; Reference: | 7100-000 | | $886.86 | $2,037.71 |
| 12/13/13 | 10123 | NStar P.O. Box 660369 Dallas, TX 752660369 | Dividend paid 1.25% on $3,794.61; Claim# 18; Filed: $3,794.61; Reference: | 7100-000 | | $47.67 | $1,990.04 |
| 12/13/13 | 10124 | Minuteman Press 123 Washington St. Unit #8 Foxboro, MA 02035 | Dividend paid 1.25% on $12,902.00; Claim# 19; Filed: $12,902.00; Reference: | 7100-000 | | $162.07 | $1,827.97 |
| 12/13/13 | 10125 | VERIZON PO BOX 3037 BLOOMINGTON, IL 617023037 | Dividend paid 1.25% on $204.68; Claim# 20; Filed: $204.68; Reference: | 7100-000 | | $2.57 | $1,825.40 |
| 12/13/13 | 10126 | Deborah Norris 8 Fairbanks Drive Wrentham, MA 02093 | Dividend paid 1.25% on $2,600.00; Claim# 21; Filed: $2,600.00; Reference: | 7100-000 | | $32.66 | $1,792.74 |
| 12/13/13 | 10127 | Rockland Federal Credit Union 241 Union Street Rockland, MA 02370 | Dividend paid 1.25% on $10,000.00; Claim# 22; Filed: $10,000.00; Reference: | 7100-000 | | $125.62 | $1,667.12 |
| 12/13/13 | 10128 | Bruno Hirsh 19 Cynthia Road Canton, MA 02021 | Dividend paid 1.25% on $16,306.36; Claim# 23; Filed: $16,306.36; Reference: | 7100-000 | | $204.84 | $1,462.28 |
| 12/13/13 | 10129 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 193550701 | Dividend paid 1.25% on $6,087.29; Claim# 24; Filed: $6,087.29; Reference: | 7100-000 | | $76.47 | $1,385.81 |
| 12/13/13 | 10130 | Jemco Disposal Service, Inc. 79 School Street Plainville, MA 02762 | Dividend paid 1.25% on $8,782.60; Claim# 25; Filed: $8,782.60; Reference: | 7100-000 | | $110.33 | $1,275.48 |

Page Subtotals: $0.00 $2,684.77

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-10131 | | Trustee Name: | WARREN AGIN, TRUSTEE |
| Case Name: | PAUL G KAURANEN | | Bank Name: | Rabobank, N.A. |
| | | | Account Number/CD#: | XXXXXX66 |
| | | | | Checking Account |
| Taxpayer ID No: | XX-XXX4854 | | Blanket Bond (per case limit): | $36,700,000.00 |
| For Period Ending: | 06/16/2014 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/13/13 | 10131 | Seven Hayes<br>Southridge Farm & Nursery<br>Ed Miranda,400 South St.<br>Walpole, MA 02081 | Dividend paid 1.25% on $21,716.30; Claim# 26; Filed: $21,716.30; Reference: | 7100-000 | | $272.80 | $1,002.68 |
| 12/13/13 | 10132 | Axel Gudiel<br>73 Hampton Dry Apt.#c<br>Norwood, MA 02062 | Dividend paid 1.25% on $7,853.67; Claim# 27; Filed: $7,853.67; Reference: | 7100-000 | | $98.66 | $904.02 |
| 12/13/13 | 10133 | Wilfredo Lopez<br>812 Moody St.<br>Waltham, MA 02452 | Dividend paid 1.25% on $5,979.76; Claim# 28; Filed: $5,979.76; Reference: | 7100-003 | | $75.12 | $828.90 |
| 12/13/13 | 10134 | Igor Silva<br>32 Congress St. Apt. 1<br>Milford, MA 01757 | Dividend paid 1.25% on $4,960.70; Claim# 29; Filed: $4,960.70; Reference: | 7100-003 | | $62.32 | $766.58 |
| 12/13/13 | 10135 | Nelson Ortega<br>86 Hampton Dry Apt. #b<br>Norwood, MA 02062 | Dividend paid 1.25% on $3,793.68; Claim# 30; Filed: $3,793.68; Reference: | 7100-000 | | $47.66 | $718.92 |
| 12/13/13 | 10136 | Paulina Ordonez<br>28 West School St.<br>Woonsocket, RI 02895 | Dividend paid 1.25% on $3,754.08; Claim# 31; Filed: $3,754.08; Reference: | 7100-003 | | $47.16 | $671.76 |
| 12/13/13 | 10137 | Airton Dos Santos<br>32 Congress St. Apt #. 2<br>Milford, MA 01757 | Dividend paid 1.25% on $1,275.75; Claim# 32; Filed: $1,275.75; Reference: | 7100-000 | | $16.03 | $655.73 |
| 12/13/13 | 10138 | Quantum3 Group LLC<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 980830788 | Dividend paid 1.25% on $1,057.12; Claim# 33; Filed: $1,057.12; Reference: | 7100-000 | | $13.28 | $642.45 |
| 12/13/13 | 10139 | The Money Market, Inc.<br>245 Main Street<br>Brockton, MA 02301 | Dividend paid 1.25% on $34,130.00; Claim# 34; Filed: $34,130.00; Reference: | 7100-000 | | $428.74 | $213.71 |
| 03/19/14 | 10141 | Greater Boston Legal Services | Payment on client claims Posted manually based on review of bank account. | 7100-000 | | $200.63 | $13.08 |
| 03/19/14 | 10142 | U.S. Bankruptcy Court<br>5 Post Office Square<br>Suite 1150<br>Boston, MA 02109 | Unclaimed funds; paid by ACH ACH | 7100-000 | | $13.08 | $0.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 42)*

Page Subtotals: $0.00 $1,275.48

Exhibit 9

| | | |
|---|---|---|
| COLUMN TOTALS | $69,688.24 | $69,688.24 |
| Less: Bank Transfers/CD's | $69,688.24 | $0.00 |
| Subtotal | $0.00 | $69,688.24 |
| Less: Payments to Debtors | $0.00 | $35,000.00 |
| Net | $0.00 | $34,688.24 |

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1866 - Checking Account | $69,688.24 | $0.00 | $0.00 |
| XXXXXX66   - Checking Account | $0.00 | $34,688.24 | $0.00 |
| | $69,688.24 | $34,688.24 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $551,311.76 |
| Total Net Deposits: | $69,688.24 |
| Total Gross Receipts: | $621,000.00 |

Page Subtotals:                    $0.00                 $0.00