## UNITED STATES BANKRUPTCY COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Paul G Kauranen,<br>　　　Debtor. | Case No.  12-10131-JNF<br><br>Chapter 7 |

**Order Approving Chapter 7 Trustee's Final Report and Account after Distribution and Discharging Trustee and Closing Case**

　　　The Chapter 7 Trustee's Final Report and Account After Distribution filed in this Case is hereby APPROVED, the Chapter 7 Trustee is hereby discharged from all further duties in this Case, and the Case shall be and hereby is closed.

　　　Dated: _____.

_____