**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>Paul G Kauranen,<br>        Debtor. | Case No.  12-10131-JNF<br><br>Chapter 7 |

**Order Approving Chapter 7 Trustee's Final Report and Account after**
**Distribution and Discharging Trustee and Closing Case**

The Chapter 7 Trustee's Final Report and Account After Distribution filed

in this Case is hereby APPROVED, the Chapter 7 Trustee is hereby discharged

from all further duties in this Case, and the Case shall be and hereby is closed.


Dated: _____.


_____  07/17/2014